WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer, Esq. (GH 7732)
Stephen A. Youngman, Esq. (*pro hac vice*)
Shai Y. Waisman, Esq. (SW 6854)

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
| | : | |
|---|---|---|
| **In re** | : | |
| | : | **Chapter 11 Case No.** |
| | : | |
| **SILICON GRAPHICS, INC.,** *et al.*, | : | **06-10977 (BRL)** |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-------------------------------------------------------x

**NOTICE OF ENTRY OF ORDER PURSUANT TO SECTION
1129(a) OF THE BANKRUPTCY CODE AND RULE 3020 OF THE
FEDERAL RULES OF BANKRUPTCY PROCEDURE CONFIRMING
DEBTORS' FIRST AMENDED JOINT PLAN OF REORGANIZATION
UNDER CHAPTER 11 OF THE BANKRUPTCY CODE, AS MODIFIED**

TO ALL PARTIES IN INTEREST IN THE
ABOVE-CAPTIONED CHAPTER 11 CASES:

PLEASE TAKE NOTICE that, on September [19], 2006, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an order (the "Confirmation Order") confirming the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, dated July 27, 2006 (as modified, the "Plan"), of Silicon Graphics, Inc. and its affiliated debtors in the above-referenced chapter 11 cases (collectively, the "Debtors"), each of which is identified on Schedule 1 below. Unless otherwise defined in this notice, capitalized terms used in this notice shall have the meanings ascribed to them in the Plan.

PLEASE TAKE FURTHER NOTICE that the Confirmation Order is available for inspection in the office of the Clerk of the Bankruptcy Court at the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004. The Confirmation Order is also available on the website of the

Debtors' Bankruptcy Court-appointed voting and tabulation agent, Financial Balloting Group LLC, at: http://www.fbgdocuments.com/sgi.

[PLEASE TAKE FURTHER NOTICE that the Effective Date under the Plan occurred on October [__], 2006.]

PLEASE TAKE FURTHER NOTICE that the Plan and Plan Supplement, including all injunctive provisions therein, are binding on the Debtors, the Reorganized Debtors, including Reorganized Silicon Graphics, any entity acquiring or receiving property or a distribution under the Plan, and any holder of a Claim against or equity interest in the Debtors, including all governmental entities, whether or not the Claim or equity interest of such holder is impaired under the Plan and whether or not such holder or entity has accepted the Plan.

PLEASE TAKE FURTHER NOTICE that Section 8.1 of the Plan provides that all executory contracts and unexpired leases that exist between the Debtors and any person or entity were rejected by the Debtors as of the Effective Date, except for any executory contract or unexpired lease (i) that was assumed pursuant to an order of the Bankruptcy Court entered prior to the Effective Date, (ii) as to which a motion for approval of the assumption of such executory contract or unexpired lease was filed and served prior to the Confirmation Date, or (iii) that is specifically designated as a contract or lease to be assumed on Schedule 8.1(A) (executory contracts) or 8.1(B) (unexpired leases) to the Plan, as amended or supplemented. Whether or not identified on Schedules 8.1(A) or 8.1(B), all Customer Support Agreements, Non-Disclosure Agreements, IP License Agreements, and agreements between the Debtors and any U.S. governmental entity shall be assumed on the Effective Date pursuant to the Plan. Whether or not identified on Schedules 8.1(A) or 8.1(B), any and all outstanding purchase orders issued to the Debtors' by the Debtors' customers shall be continued on the Effective Date.

PLEASE TAKE FURTHER NOTICE that if you are a counterparty to an executory contract or unexpired lease that is not listed on Schedule 8.1 to the Plan, as amended or supplemented, your executory contract or unexpired lease has been rejected as of the Effective Date. Pursuant to the Confirmation Order, all proofs of claim relating to the rejection of executory contracts or unexpired leases pursuant to the Plan are required to be filed so as to be received within 30 days of the date of this notice. If you fail to file a timely proof of claim, you shall be forever barred, estopped, and enjoined from asserting such claim against the Debtors or the Reorganized Debtors, or their properties or interests in property, and the Debtors and Reorganized Debtors and their properties and interests in property shall be forever discharged from any and all indebtedness or liability with respect to such claim.

PLEASE TAKE FURTHER NOTICE that on or before [__], 2006, all applications for final allowances of compensation and reimbursement of expenses pursuant to sections 327, 328, 330, 503(b), and 1103 of the Bankruptcy Code for professional services rendered up to the Confirmation Date (each a "Final Fee Application") must be filed with the Bankruptcy Court, together with proof of service thereof, and served on (i) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York,

New York 10153 (Attn: Gary T. Holtzer, Esq. and Shai Y. Waisman, Esq.), the attorneys for the Debtors, (ii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st floor, New York, New York 10004 (Attn: Lisa L. Lambert, Esq.), (iii) Winston & Strawn, LLP, 200 Park Avenue, New York, New York 10166-4193 (Attn: David Neier, Esq.), the attorneys for the official committee of unsecured creditors appointed in these chapter 11 cases, and (iv) Goodwin Procter LLP, 599 Lexington Avenue, New York, New York 10022 (Attn: Allan S. Brilliant, Esq.), the attorneys for the ad hoc committee of secured noteholders.

PLEASE TAKE FURTHER NOTICE that objections, if any, to any Final Fee Applications shall be filed with the Court, together with proof of service thereof, and served upon the applicant and the parties identified above, so as to be filed and actually received not later than 4:00 p.m. prevailing Eastern Time on the date that is five business days prior to the hearing on the Final Fee Applications.

Dated: _____, 2006
      New York, New York

Schedule 1

Debtor Entities and Case Numbers

| Silicon Graphics, Inc. | 06-10977 (BRL) |
|---|---|
| Silicon Graphics Federal, Inc. | 06-10978 (BRL) |
| Cray Research, LLC | 06-10979 (BRL) |
| Silicon Graphics Real Estate, Inc. | 06-10980 (BRL) |
| Silicon Graphics World Trade Corporation | 06-10981 (BRL) |
| Silicon Studio, Inc. | 06-10982 (BRL) |
| Cray Research America Latina Ltd. | 06-10983 (BRL) |
| Cray Research Eastern Europe Ltd. | 06-10984 (BRL) |
| Cray Research India Ltd. | 06-10985 (BRL) |
| Cray Research International, Inc. | 06-10986 (BRL) |
| Cray Financial Corporation | 06-10987 (BRL) |
| Cray Asia/Pacific, Inc. | 06-10988 (BRL) |
| ParaGraph International, Inc. | 06-10989 (BRL) |
| WTI Development, Inc. | 06-10990 (BRL) |