**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| **SILICON GRAPHICS, INC.,** *et al.*, | ) | |
| | ) | **Case No. 06-10977 (BRL)** |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |

**FIRST AND FINAL APPLICATION OF FTI CONSULTING, INC FOR
ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF
EXPENSES FOR SERVICES RENDERED IN THESE CASES FOR THE PERIOD
MAY 18, 2006 THROUGH SEPTEMBER 19, 2006**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to Provide Professional Services to: | The Official Committee Of Unsecured Creditors |
| Date of Retention: | May 18, 2006 |
| Period for which compensation and reimbursement is sought: | May 18, 2006 Through September 19, 2006 (the "Compensation Period") |

Amount requested in this fee app
    Compensation requested:        $575,000
    Expense reimbursement requested:    $5,256

Amount previously requested
    Compensation requested:        $0
    Expense reimbursement requested:    $0

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Chapter 11** |
| **SILICON GRAPHICS, INC.,** *et al.*, | ) | |
| | ) | **Case No. 06-10977 (BRL)** |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |

**FIRST AND FINAL APPLICATION OF FTI CONSULTING, INC FOR
ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF
EXPENSES FOR SERVICES RENDERED IN THESE CASES FOR THE PERIOD
MAY 18, 2006 THROUGH SEPTEMBER 19, 2006**

TO THE HONORABLE BURTON R. LIFLAND, UNITED STATES
BANKRUPTCY JUDGE:

FTI Consulting, Inc. ("FTI" or "Applicant"), as financial advisor to the Official
Committee of Unsecured Creditors (the "Committee") of Silicon Graphics, Inc. et al., ("Silicon
Graphics"), the debtors and debtors-in-possession herein (collectively, the "Debtors"), hereby
submits its first and final application (the "Application") pursuant to 11 U.S.C. §§ 330 and 331,
Rule 2016 of the Federal Rules of Bankruptcy Procedure, the Federal Rules of Bankruptcy
Procedure (the "Bankruptcy Rules"), the Local Rules of the United States Bankruptcy Court for
the Southern District of New York (the "Local Rules") and this Court's Order Pursuant To
Sections 105(A) and 331 of chapter 11 of title 11 of the United States Code (the "Bankruptcy
Code") Establishing Procedures For Interim Monthly Compensation And Reimbursement Of
Expenses Of Professionals (the "Interim Compensation Procedures Order").

This Application seeks an allowance and final approval of compensation in the
amount of $575,000 for professional services rendered together with reimbursement for expenses

incurred in the amount of $5,256 for the period May 18, 2006 through September 19, 2006 (the "Compensation Period") pursuant to the Order Authorizing the Retention of FTI as Financial Advisors to the Committee dated September 11, 2006. In support of this application, FTI respectfully represents as follows:

**<u>Background</u>**

1.       On May 8, 2006 (the "Petition Date"), the Debtors filed with this Court their voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). This Court has entered an Order Directing Joint Administration of these Chapter 11 cases. Pursuant to sections 1107 and 1108 of the Bankruptcy Code, the Debtors are continuing to operate their businesses and manage their properties and assets as debtors in possession.

2.       On May 18, 2006, the United States Trustee for the Southern District of New York, pursuant to section 1102 of the Bankruptcy Code, appointed the Committee to represent the interests of all unsecured creditors in these Chapter 11 Cases. The Committee is comprised of the following members: Hammerman Capital Master Fund L.P., JPMorgan Chase Bank, N.A., Pinnacle Data Systems, Inc., Solectron Corp., and Xyratex.

3.       FTI was retained to advise the Committee, pursuant to an Order entered by this Court on September 11, 2006, effective as of May 18, 2006 (the "FTI Retention"). See **Exhibit A** attached hereto.

4.       There is no agreement or understanding between FTI and any other person for the sharing of compensation received or to be received for services rendered in connection with this proceeding.

3

5.      In accordance with the Order Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals (the "Administrative Order"), the Debtors, subject to Court approval, were authorized to pay eighty (80%) percent of fees and one hundred (100%) percent of expenses requested in the monthly fee statements submitted by the various retained professionals.  Applicant has submitted statements covering the periods of May 18, 2006 through June 30, 2006, July 1, 2006 through July 31, 2006 and August 1, 2006 through August 31, 2006.  A summary of Applicant's monthly statements is attached hereto as **Exhibit B**.

6.      While Applicant has sought payment of professional fees and reimbursement for disbursements from the Debtors, no fees have been paid nor any expenses reimbursed.  To date, Applicant is owed $575,000[1] in professional fees and $5,256[2] for disbursements.

7.      Applicant also reserves it rights to request additional fees and expenses incurred following the Confirmation Date in the performance of its duties on behalf of the Committee.

### Terms of Retention

8.      Under the terms of FTI's retention, FTI is authorized to seek a fixed allowance of compensation through September 30, 2006 in the form of a monthly payment of $175,000 for the first and second month (i.e., May 18, 2006 through July 17, 2006); $125,000 for the third month (i.e., July 18, 2006 through August 17, 2006) and $100,000 for the remaining period of August 18, 2006 through September 30, 2006 (the "Final Period"), provided however, that the total monthly payment for the Final Period will be $100,000 regardless of the duration of the period.

---

[1] This amount represents one-hundred percent (100%) of the professional fees requested for the period of May 18, 2006 through September 30, 2006.

[2] This amount represents one-hundred percent (100%) of the expenses incurred for the period of period of May 18, 2006 through September 30, 2006.

Any services provided after September 30, 2006 will be billed at FTI's customary hourly rates, subject to periodic adjustment, as follows:

| | |
|---|---|
| Senior Managing Directors | $595-655 |
| Directors/Managing Directors | $435-590 |
| Associates/Consultants | $215-405 |

### Summary of Services Rendered

9.       The Debtors' chapter 11 cases were on a fast track and presented numerous issues that had to be addressed in order to preserve and maximize value for unsecured creditors.  FTI performed essential services, which included, but were not limited to:

**PCD-1          Planning, Supervision and Review                                         39.8**

Nearly all of the time in this category occurred in the first month of our engagement.  The case moved rapidly and there were numerous Committee concerns that needed to be addressed quickly.  Time in this category consisted of developing the workplan to allocate tasks among team members to efficiently address Committee concerns.

**PCD-3          Review Newly Received Documents                                        36.0**

In response to information requests submitted by FTI and Winston & Strawn, the Debtors produced numerous documents and created an electronic data room as a repository for documents.  There were over 400 documents in the electronic data room that FTI spent time reviewing to identify the documents responsive to our information requests.  FTI also spent time reviewing the first day motions.

**PCD-4          Valuation and Related Matters                                              78.0**

The Debtors' initially proposed reorganization plan, as summarized in motions filed with the court, concluded that there was little value in the reorganized entity beyond the collateral

pledged to secured creditors.   FTI analyzed the security agreements and investigated the availability of and value of unencumbered assets that may be a source of recovery to the unsecured creditors.   FTI also analyzed the value of SGI's foreign subsidiaries that were not already pledged as collateral.

**PCD-8          Analyze Current Operating Results                                     30.8**

FTI reviewed and analyzed financial information distributed by the Debtors, including revenue and cash flow results and short-term cash forecasts.   FTI prepared reports for the Committee pertaining to performance relative to forecast and financial covenants placed on the Debtors by the debtor-in-possession financing.

**PCD-12          Court Hearings – Preparation & Attendance                         52.5**

Time in this category includes preparation for and attendance at depositions.   FTI attended four depositions to obtain information necessary for Committee purposes.   In preparation for those depositions, FTI prepared questions for those being deposed.   In addition, one of FTI's professionals, Sam Star, was deposed in connection with the Committee's objection to the DIP financing.

**PCD-16          Analyze Liabilities Subject to Compromise                         18.5**

The Debtors' proposed distribution consisted of a fixed dollar amount to be shared among certain unsecured claims.   In order to determine the potential creditor recovery, it was necessary to determine the reasonableness of the estimated pool of claims.   FTI reviewed the Debtors' scheduled liabilities as well as internally prepared analyses of estimated claims for reasonableness and completeness.   FTI also reviewed the claims docket and the Debtors' reconciliation of the claims filed compared to scheduled amounts to determine whether there

were any material changes in the claims pool.

**PCD-17        Prepare for and Participate in Meetings/Conference Calls with the Debtors'**

**Representatives and Company Personnel                                              26.9**

FTI participated in several meetings and conference calls with the Debtors' and their financial advisors, AlixPartners LLP ("Alix") and Bear Sterns LLC regarding access to information and document production, analysis of encumbered and unencumbered assets, historical and projected operating performance, the proposed Plan of Reorganization ("POR"), and progress towards confirmation of the POR.

**PCD-18        Prepare for and Participate in Creditor Committee Meetings and Conference**

**Calls                                                                                      93.7**

FTI attended and participated in several meetings and telephonic conferences with the Committee.  FTI also presented reports to the Committee on various case issues, including liquidity, operational results, operating trends, cost savings initiatives, exit strategy, POR counter proposals, exit financing, claims estimates, and progress towards confirmation.  Time in this category also includes preparation of materials presented to the.

**PCD-22        Analyze Real Property Leases                                            32.0**

A significant part of the Debtors' restructuring plan included the renegotiation of the lease of its corporate headquarters in Mountain View, CA with The Goldman Sachs Group, Inc. (the "HQ Lease").  FTI reviewed the proposed lease terms and the potential claim amount that the landlord would have as a result of rejecting the lease. FTI also reviewed the Debtors' motion to restructure the HQ Lease and analyzed the overall financial impact.

**PCD-24        Analyze DIP Facility Matters                                            179.8**

FTI reviewed and assessed the proposed DIP financing including fees, interest rate, and financial covenants.   As part of our analysis, we reviewed the projected cash receipts, disbursements and other facility usage (L/C's, reserves, etc.), benchmarked the facility costs to other comparable DIP financings and performed sensitivity analysis on the Company's liquidity projections.

In addition, at the Committee's request, we investigated financing alternatives; identifying several sources which were referred to the Company.

FTI also prepared for and provided testimony in connection with the Committee's objection to the proposed DIP financing.

**PCD-28      Participation in Negotiation and Formulation of Plan**

**of Reorganization                                                    125.6**

FTI was integrally involved in the negotiations of the plan of reorganization and distributions for unsecured creditors.   Along with Committee counsel, we participated in numerous meetings with the Debtor's ad hoc committee and significant subordinated note holders to identify concerns of each constituency, understand differences of opinion and resolve the issues.

At the Committee's request, we explored plan of reorganization alternatives; reaching out to industry contacts, capital sources and coordinating contact with the Company.

To assist the Committee in plan negotiations, we analyzed the purported collateral package of the secured lenders, identified potentially unencumbered assets, performed valuation analyses of individual assets (including intangibles) and the Company as a whole, reviewed financial projections and evaluated potential recoveries from certain causes of action and other

litigation.  Based on our analyses, we developed a creditor recovery matrix under various asset allocations, claims levels, and valuation scenarios to help develop counter proposals.

Our efforts helped assist the Committee in obtaining a substantial improvement to the distributions originally proposed for unsecured creditors.

**PCD-29        Review of Disclosure Statement                                    16.5**

FTI reviewed disclosure statement drafts and supplemental documents to insure the negotiated settlement was fairly presented.  We challenged the various creditor class recovery estimates and other financial disclosures including plan valuation, long term financial projections and liquidation analyses.

**PCD-33        Analyze Short Term Cash Flow Projections                          84.4**

FTI analyzed the Debtors' initial cash flow projection and the two subsequent revisions to the projections.  FTI considered the timing of the cash flows projected in relationship to expected operating results for reasonableness.  FTI also reviewed and analyzed the Debtors' flash reporting related to cash flows and revenue results compared to forecast.  FTI investigated variances and prepared reports to the Committee detailing the impact of the actual results on the future projections and financial covenant tests.

### **Application**

10.        This Application is made by FTI in accordance with the Guidelines adopted by the Executive Office for the United States Trustees and the Administrative Order.  Pursuant to this application, FTI has attached the following exhibits:

A.        <u>Exhibit A</u> – Order dated September 11, 2006, authorizing the employment and retention of FTI Consulting, Inc. effective as of May 18, 2006 to provide professional

services as Financial Advisors to the Official Committee of Unsecured Creditors;

      B.      <u>Exhibit B</u> -- Summary of billings and collections for each month covered in the Compensation Period;

      C.      <u>Exhibit C</u> -- Summary of professionals who performed the services and the number of hours spent;

      D.      <u>Exhibit D</u> -- Summary of time by task codes specifying the number of hours spent related to each specific task category;

      E.      <u>Exhibit E</u> -- Detail of time by task codes, including detailed time entry by professional with description of task performed;

      F.      <u>Exhibit F</u> -- Expense Summary by category for which reimbursement is sought.  All expenses for which reimbursements are sought are disclosed in detail by individual.

      G.      <u>Exhibit G</u> – Detail of expenses by individual

      H.      <u>Exhibit H</u> – Affidavit of Michael Eisenband

## IV.    CONCLUSION

11.      FTI respectfully submits that the professional services rendered during the Compensation Period were necessary and beneficial to the Committee and respectfully requests that this Court allow and direct the Debtors to pay Applicant the sum of $575,000 for professional services during the Compensation Period, plus the sum of $5,256 representing Applicant's actual and necessary out-of-pocket disbursements incurred during the Compensation Period, for a total of $580,256.

12.      As stated in the Affidavit of Michael Eisenband, annexed hereto as **Exhibit H**, there is no agreement or understanding between FTI and any other person for the sharing of

compensation received or to be received for services rendered in connection with this proceeding.

13.        This is Applicant's first and final request for an award of compensation in these Cases.  Except as set forth herein, no previous application has been made to this or any other Court for the relief requested herein.

14.        Applicant also reserves it rights to request approval of additional fees and expenses incurred following the Effective Date in the performance of its fiduciary duties, including fees related to participation in any hearing regarding the approval of this Application and others.

**WHEREFORE,** FTI respectfully requests that this Court enter an order:

a.  approving the allowance of $575,000 for compensation for services rendered during the Compensation Period;

b.  approving the reimbursement of FTI's out-of-pocket expenses in the amount of $5,256;

c.  directing the payment of such fees and expenses by the Debtors; and

d.  granting such other and further relief as this Court may deem just and proper.

Financial Advisors to the Official Committee
Of Unsecured Creditors

By:_____

Samuel Star
3 Times Square
New York, NY  10036
(212) 841-9368

Sworn to before me this 20ᵗʰ
day of October, 2006.

_____

Notary Public State of New York
No. 01PE6110512
My Commission Expires May 24 , 2008

LINDA J. PEARSON
NOTARY PUBLIC, STATE OF NEW YORK
No. 01PE6110512
QUALIFIED IN QUEENS COUNTY
MY COMMISSION EXPIRES MAY 24, 2008

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------x
In re                                                         :        Chapter 11
                                                              :
SILICON GRAPHICS, INC., *et al.*,                             :        Case No. 06-10977 (BRL)
                                                              :
                              Debtors.                        :        (Jointly Administered)
                                                              :
--------------------------------------------------------x

### ORDER AUTHORIZING RETENTION OF FTI CONSULTING, INC. AS FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

        Upon the amended application (the "Application") of the Official Committee of

Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors in

possession (collectively, the "Debtors"), for an order pursuant to sections 328(a) and 1103 of

chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), authorizing them to

retain FTI Consulting, Inc. ("FTI") as financial advisors; and upon the Affidavit of Michael

Eisenband in support of the Application; and due and adequate notice of the Application having

been given; and it appearing that no other notice need be given; and it appearing that FTI is not

representing any adverse interests in connection with these cases; and it appearing that the relief

requested in the Application is in the best interest of the Committee; after due deliberation and

sufficient cause appearing therefore, it is hereby

        ORDERED that the Application be, and it hereby is, granted; and it is further

        ORDERED that the capitalized terms not defined herein shall have the meanings

ascribed to them in the Application.

        ORDERED that in accordance with sections 328(a) and 1103 of the Bankruptcy

Code, the Committee is authorized to employ and retain FTI effective as of May 18, 2006 as

their financial advisors on the terms set forth in the Application; and it is further

    ORDERED that FTI shall be compensated in accordance with the procedures set

forth in sections 330 and 331 of the Bankruptcy Code and such Bankruptcy Rules as may then be

applicable, from time to time, and such procedures as may be fixed by order of this Court; and it

is further

    ORDERED that to the extent accrued during this retention, FTI shall receive

(a) its monthly compensation as specified in the Application and (b) reimbursement of FTI's

reasonable expenses, which in each case shall not hereafter be subject to challenge except under

the standard of review set forth in section 328(a) of the Bankruptcy Code; and it is further

    ORDERED that, notwithstanding any other provision of this Order, the U.S.

Trustee shall retain all rights to object to FTI's interim and final fee application on all grounds

including but not limited to the reasonableness standard provided in Section 330 of the

Bankruptcy Code; provided, however, that solely with respect to any services provided by FTI

after September 30, 2006 that will be billed at FTI's customary hourly rates, the Debtors and the

Ad Hoc Committee of senior secured noteholders shall retain all rights to object to FTI's interim

and final fee application on all grounds including but not limited to the reasonableness standard

provided in Section 330 of the Bankruptcy Code, and it is further

    ORDERED that this court shall retain jurisdiction with respect to all matters

arising or related to the implementation of this order.

Dated: New York, New York
   September 11, 2006

       ___/s/ Burton R. Lifland_____
       UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT B

**EXHIBIT B**

**SILICON GRAPHICS, INC., et al.,**
**FTI CONSULTING**
**SUMMARY OF BILLINGS AND COLLECTIONS**
**FOR THE PERIOD MAY 18, 2006 THROUGH SEPTEMBER 19, 2006**

| Compensation Period | Fees Requested | Fees Paid | Fees Outstanding | Expenses Requested | Expenses Paid | Expenses Outstanding |
|---|---|---|---|---|---|---|
| May 18 - June 17, 2006 | $175,000 | $0 | $175,000 | $5,139 | $0 | $5,139 |
| June 18 - July 17, 2006 | 175,000 | - | 175,000 | - | - | - |
| July 18 - August 18, 2006 | 125,000 | - | 125,000 | 101 | - | 101 |
| August 18 - September 19, 2006 | 100,000 | - | 100,000 | 16 | - | 16 |
| **Total** | **$575,000** | **$0** | **$575,000** | **$5,256** | **$0** | **$5,256** |

Note:        FTI has submitted monthly fee statements to the Debtors reflecting fees and expenses incurred for each calendar month

# EXHIBIT C

**Silicon Graphic's Inc. Unsecured Creditor Committee**
**Summary of FTI Consulting, Inc. Hours By Person**
**For the Period May 18, 2006 Through September 19, 2006**

| Professional | Title | Hours |
|---|---|---|
| Eisenband, Michael | Senior Managing Director | 27.8 |
| Joffe, Steven | Senior Managing Director | 3.8 |
| Star, Samuel | Senior Managing Director | 189.4 |
| Hinkelman, Andrew | Senior Managing Director | 154.0 |
| Hain, Danielle | Managing Director | 0.4 |
| Orr, Jon | Managing Director | 125.2 |
| McGrath, Tamara | Director | 139.1 |
| Yozzo, John | Managing Director | 3.0 |
| Braun, Richard | Managing Director | 8.0 |
| Garber, Steven | Managing Director | 29.0 |
| Bellazain-Harris, Sheba | Director | 5.3 |
| Dandekar, Manoj | Manager | 3.1 |
| Dasari, Bindu | Consultant | 92.2 |
| Korn, Gary | Manager | 11.0 |
| Barach, Jonathan | Associate | 62.6 |
| Rosen, Adam | Associate | 10.6 |
| Tomasevic, Nenad | Associate | 6.5 |
| Hofstad, Ivo | Associate | 2.5 |
| Amico, Marc | Associate | 11.1 |
| Appell, Wesley | Associate | 3.9 |
| Davis, Jordan | Associate | 44.9 |
| Yang, Danhua | Associate | 5.2 |
| Pearson, Linda | Administrative | 1.9 |
| **Total Hours** | | **940.5** |

# EXHIBIT D

**Silicon Graphic's Inc. Unsecured Creditor Committee**
**Summary of FTI Consulting, Inc. Hours By Activity**
**For the Period May 18, 2006 Through September 19, 2006**

| Activity/Consultant | Hours |
|---|---|
| Planning, Supervision and Review | 38.6 |
| Preparation & Review of Information Requests | 9.4 |
| Review Newly Received Documents | 36.0 |
| Valuation | 78.0 |
| Analyze Potential Avoidance Actions | 3.2 |
| Analyze Current Operating Results | 26.3 |
| Analyze Tax Issues | 4.4 |
| Court Hearings - Preparation and Attendance | 52.5 |
| Analyze Return to Vendor Program & Critical Vendors | 2.4 |
| Analyze Liabilities Subject to Compromise | 20.6 |
| Prep/Participate in Meetings/Conf Calls w/Debtor Reps and Co Personnel | 26.9 |
| Prep/Participate in Creditor Committee Meetings and Conf Calls | 93.7 |
| Meetings with Other Parties | 0.9 |
| Analyze Employee Matters, Including Retention, Severance and Bonus Plans | 4.4 |
| Analyze Real Property Leases | 32.0 |
| Analyze DIP Facility Matters | 179.8 |
| Analyze Exit Financing Matters | 10.0 |
| Participate in Negotiation and Formulation of Plan of Reorganization | 125.6 |
| Review of Disclosure Statement | 16.5 |
| Preparation of Miscellaneous Financial Analyses | 13.9 |
| Analyze Short-Term Cash Flow Projections | 84.4 |
| Firm Retention | 44.3 |
| Prepare Monthly Invoice & Supporting Schedules | 17.1 |
| Non-working Travel Time | 19.6 |
| **Total** | **940.5** |

# EXHIBIT E

**Silicon Graphic's Inc. Unsecured Creditor Committee**
**FTI Consulting, Inc. Detailed Time Statement**
**For the Period May 18, 2006 Through September 19, 2006**

| Rec # | Professional | Date | Hours Billed | Description |
|---|---|---|---|---|
| | | | | |

## Planning, Supervision and Review

| Rec # | Professional | Date | Hours Billed | Description |
|---|---|---|---|---|
| 3 | Eisenband, Michael | 05/18/2006 | 0.5 | Review and discuss FTI workplan. |
| 7 | Star, Samuel | 05/18/2006 | 0.4 | Review and discuss FTI workplan. |
| 6 | Star, Samuel | 05/18/2006 | 0.5 | Review and discuss workplan and next steps. |
| 20 | Star, Samuel | 05/19/2006 | 0.1 | Review and discuss case administration. |
| 19 | Star, Samuel | 05/19/2006 | 0.6 | Update work plan. |
| 18 | Star, Samuel | 05/19/2006 | 0.9 | Review and discuss workplan and next steps. |
| 33 | Star, Samuel | 05/21/2006 | 0.3 | Prepare for and cal with D. Neier (WS) re: case status. |
| 34 | Star, Samuel | 05/21/2006 | 0.3 | Review and discuss workplan. |
| 57 | Orr, Jon | 05/22/2006 | 1.3 | Review and discuss case issues. |
| 63 | Star, Samuel | 05/22/2006 | 0.7 | Draft e-mail to Committee counsel re: discussion with Debtors re: information request, sales process and DIP financing. |
| 76 | Davis, Jordan | 05/23/2006 | 0.9 | Review and discuss initial work plan |
| 78 | Hinkelman, Andrew | 05/23/2006 | 0.9 | Review and discuss case agenda |
| 95 | Star, Samuel | 05/23/2006 | 0.5 | Review and discuss initial work plan |
| 134 | Davis, Jordan | 05/25/2006 | 1.5 | Participated in call to discuss initial work plan |
| 139 | Hinkelman, Andrew | 05/25/2006 | 0.8 | Review and discuss case agenda |
| 145 | McGrath, Tamara | 05/25/2006 | 0.8 | Review and discuss engagement strategy and new information. |
| 155 | Star, Samuel | 05/25/2006 | 1.2 | Draft agenda for Committee meeting. |
| 173 | Davis, Jordan | 05/26/2006 | 1.8 | Review and discuss workplan |
| 177 | Hinkelman, Andrew | 05/26/2006 | 0.6 | Review and discuss case agenda |
| 182 | McGrath, Tamara | 05/26/2006 | 0.8 | Review and discuss current information and assigned tasks. |
| 190 | Star, Samuel | 05/26/2006 | 0.8 | Review and discuss case status. |
| 301 | Hinkelman, Andrew | 06/02/2006 | 0.6 | Review and discuss case agenda |
| 306 | Orr, Jon | 06/02/2006 | 1.1 | Review and discuss case status. |
| 307 | Star, Samuel | 06/02/2006 | 0.6 | Review and discuss case status. |
| 340 | Orr, Jon | 06/06/2006 | 1.3 | Prepare for and participate in internal FTI planning call. |
| 351 | Eisenband, Michael | 06/07/2006 | 1.0 | Review case issues. |
| 373 | Hinkelman, Andrew | 06/08/2006 | 0.4 | Case administration. |
| 410 | Hinkelman, Andrew | 06/11/2006 | 0.3 | General case management |
| 443 | Hinkelman, Andrew | 06/14/2006 | 0.9 | General case management |
| 455 | Hinkelman, Andrew | 06/15/2006 | 2.0 | Review and discuss case status. |
| 476 | Eisenband, Michael | 06/16/2006 | 1.0 | Review case status. |
| 525 | Dasari, Bindu | 06/20/2006 | 0.8 | Review and discuss case status. |

**Silicon Graphic's Inc. Unsecured Creditor Committee**
**FTI Consulting, Inc. Detailed Time Statement**
**For the Period May 18, 2006 Through September 19, 2006**

| Rec # | Professional | Date | Hours Billed | Description |
|-------|-------------|------|-------------|-------------|

### Planning, Supervision and Review

| Rec # | Professional | Date | Hours Billed | Description |
|-------|-------------|------|-------------|-------------|
| 540 | Dasari, Bindu | 06/21/2006 | 0.3 | Discussion with team on settlement and next steps. |
| 551 | Star, Samuel | 06/21/2006 | 0.7 | Case administration. |
| 550 | Star, Samuel | 06/21/2006 | 0.5 | Update work plan. |
| 563 | McGrath, Tamara | 06/26/2006 | 0.4 | Conference call A. Hinkelman (FTI), S. Star (FTI), and J. Orr (FTI) regarding status and go forward tasks. |
| 564 | Orr, Jon | 06/26/2006 | 0.8 | Develop plan for work on SGI post-settlement. |
| 565 | Star, Samuel | 06/26/2006 | 0.4 | Conference call with team re: work plan. |
| 569 | Star, Samuel | 06/27/2006 | 0.1 | Case administration. |
| 582 | Star, Samuel | 07/21/2006 | 0.2 | Telephone call with A. Hinkelman re: work plan. |
| 979 | Star, Samuel | 08/03/2006 | 0.2 | Update case workplan. |
| 947 | Hinkelman, Andrew | 08/10/2006 | 0.7 | Review Committee report. |
| 986 | Star, Samuel | 08/10/2006 | 0.2 | Update work plan. |
| 949 | Hinkelman, Andrew | 08/15/2006 | 0.9 | Update case workplan. |
| 950 | Hinkelman, Andrew | 08/28/2006 | 0.6 | Status update and case management. |
| 951 | Hinkelman, Andrew | 08/29/2006 | 1.0 | Status update and case management. |
| 971 | McGrath, Tamara | 08/31/2006 | 0.6 | Phone call with S. Star (FTI) regarding status report to Committee. |
| 972 | McGrath, Tamara | 08/31/2006 | 0.4 | Phone call with A. Hinkelman (FTI) and S. Star (FTI) regarding plan progress and preparation of report to Committee. |
| 995 | Star, Samuel | 08/31/2006 | 0.7 | Conference call with team re: case status. |
| 1110 | Eisenband, Michael | 09/06/2006 | 1.0 | Review case status. |
| 1140 | Star, Samuel | 09/06/2006 | 0.4 | Conference call with A. Hinkelman and T. McGrath re: work plan. |
| 1146 | Star, Samuel | 09/07/2006 | 0.3 | Case administration. |
| 1111 | Eisenband, Michael | 09/13/2006 | 1.0 | Review case status. |
| 1113 | Eisenband, Michael | 09/15/2006 | 1.0 | Review case status. |
| | | **Total For Activity** | **38.6** | |

### Preparation & Review of Information Requests

| Rec # | Professional | Date | Hours Billed | Description |
|-------|-------------|------|-------------|-------------|
| 21 | Star, Samuel | 05/19/2006 | 1.9 | Prepare information request list. |
| 42 | Eisenband, Michael | 05/22/2006 | 0.5 | Review information request list. |
| 58 | Orr, Jon | 05/22/2006 | 1.0 | Prepare information request list. |
| 124 | Star, Samuel | 05/24/2006 | 0.2 | Draft communication to Committee re: information flow. |
| 178 | Hinkelman, Andrew | 05/26/2006 | 1.2 | Prepare for and call with WS re: status of data request list and access to electronic data room. |
| 191 | Star, Samuel | 05/26/2006 | 0.2 | Prepare for and call with WS re: information flow and deposition schedule. |

## Silicon Graphic's Inc. Unsecured Creditor Committee
### FTI Consulting, Inc. Detailed Time Statement
### For the Period May 18, 2006 Through September 19, 2006

| Rec # | Professional | Date | Hours Billed | Description |
|---|---|---|---|---|
| | | | | |

### Preparation & Review of Information Requests

| Rec # | Professional | Date | Hours Billed | Description |
|---|---|---|---|---|
| 202 | Star, Samuel | 05/28/2006 | 0.3 | Review confidentiality agreement. |
| 218 | McGrath, Tamara | 05/30/2006 | 0.5 | Update information request with status of documents received or partial responses. |
| 456 | Hinkelman, Andrew | 06/15/2006 | 1.3 | Prepare for document request by WG&M. |
| 481 | McGrath, Tamara | 06/16/2006 | 1.5 | Update information request for documents received. |
| 486 | Orr, Jon | 06/16/2006 | 0.6 | Review debtors response to requests list and update request list. |
| 583 | Star, Samuel | 07/13/2006 | 0.2 | Telephone call with J. Orr re: information flow. |
| | **Total For Activity** | | **9.4** | |

### Review Newly Received Documents

| Rec # | Professional | Date | Hours Billed | Description |
|---|---|---|---|---|
| 1 | Barach, Jonathan | 05/18/2006 | 2.0 | Review pleadings for case background |
| 11 | Davis, Jordan | 05/19/2006 | 1.4 | Reviewed and summarized 1st day motions. |
| 15 | McGrath, Tamara | 05/19/2006 | 0.7 | Review documents received from D. Neier (WS). |
| 23 | Star, Samuel | 05/19/2006 | 0.5 | Review various documents received from counsel. |
| 22 | Star, Samuel | 05/19/2006 | 0.4 | Review and discuss first day motions. |
| 31 | Orr, Jon | 05/21/2006 | 3.7 | Review first day orders and prepare comments on key issues. |
| 35 | Star, Samuel | 05/21/2006 | 0.8 | Review miscellaneous correspondence from WS. |
| 59 | Orr, Jon | 05/22/2006 | 0.8 | Review first day orders. |
| 64 | Star, Samuel | 05/22/2006 | 0.7 | Review and discuss first day motions. |
| 85 | McGrath, Tamara | 05/23/2006 | 0.5 | Review documents received from D. Neier (WS) re: relevant issues and follow up. |
| 96 | Star, Samuel | 05/23/2006 | 0.5 | Review miscellaneous correspondence from counsel. |
| 116 | McGrath, Tamara | 05/24/2006 | 0.6 | Initial review of documents provided in response to information request. |
| 169 | Dasari, Bindu | 05/26/2006 | 0.5 | Review Affidavit, pitch and latest filings. |
| 198 | McGrath, Tamara | 05/27/2006 | 0.5 | Review Notice of Restructuring filed 5/9/06. |
| 232 | Star, Samuel | 05/30/2006 | 0.6 | Review amended orders to various first day motions. |
| 254 | McGrath, Tamara | 05/31/2006 | 0.4 | Review newly received documents. |
| 280 | Davis, Jordan | 06/01/2006 | 1.4 | Review and summarize documents obtained from the data site |
| 287 | McGrath, Tamara | 06/01/2006 | 0.9 | Obtain access to electronic data room and perform initial review of indexed documents. |
| 292 | Star, Samuel | 06/01/2006 | 0.2 | Review miscellaneous correspondence from counsel. |
| 299 | Davis, Jordan | 06/02/2006 | 1.8 | Review and summarize information from the data site |
| 304 | McGrath, Tamara | 06/02/2006 | 0.6 | Review documents in electronic data room. |
| 311 | Barach, Jonathan | 06/05/2006 | 3.1 | Retrieved documents from data site. |

**Silicon Graphic's Inc. Unsecured Creditor Committee**
**FTI Consulting, Inc. Detailed Time Statement**
**For the Period May 18, 2006 Through September 19, 2006**

| Rec # | Professional | Date | Hours Billed | Description |
|-------|-------------|------|--------------|-------------|
| **Review Newly Received Documents** | | | | |
| 313 | Davis, Jordan | 06/05/2006 | 3.4 | Review and analyze new documents received from Debtors. |
| 319 | McGrath, Tamara | 06/05/2006 | 0.5 | Review WG&M document production index and identify documents for review. |
| 320 | McGrath, Tamara | 06/05/2006 | 1.9 | Review WG&M document production database. |
| 321 | McGrath, Tamara | 06/05/2006 | 0.3 | Review Beowulf APA. |
| 335 | McGrath, Tamara | 06/06/2006 | 1.4 | Review documents produced. |
| 344 | Star, Samuel | 06/06/2006 | 1.4 | Review various data room documents. |
| 345 | Star, Samuel | 06/06/2006 | 0.3 | Review data room index. |
| 352 | Hinkelman, Andrew | 06/07/2006 | 0.8 | Review and analysis of historical presentation presented to the Ad Hoc Bondholder committee |
| 411 | Hinkelman, Andrew | 06/11/2006 | 1.2 | Review and analysis of management presentations |
| 413 | Star, Samuel | 06/11/2006 | 0.5 | Review HLHZ discovery. |
| 449 | Star, Samuel | 06/14/2006 | 0.3 | Review miscellaneous correspondence from counsel. |
| 478 | Hinkelman, Andrew | 06/16/2006 | 1.0 | Review cash management motion with WS. |
| 978 | Rosen, Adam | 08/08/2006 | 0.4 | Review of recently filed court filed motions. |
| | | **Total For Activity** | **36.0** | |
| **Valuation** | | | | |
| 16 | McGrath, Tamara | 05/19/2006 | 0.4 | Research and review of Alias sale. |
| 24 | Star, Samuel | 05/19/2006 | 0.7 | Prepare for and call with valuation team re: project. |
| 27 | Tomasevic, Nenad | 05/19/2006 | 1.5 | Research and review sale of business unit. |
| 36 | Star, Samuel | 05/21/2006 | 0.1 | Review summary of asset sales. |
| 48 | Korn, Gary | 05/22/2006 | 2.0 | Perform comparable company analysis. |
| 73 | Braun, Richard | 05/23/2006 | 2.5 | Analysis and review of comparable companies. |
| 84 | Korn, Gary | 05/23/2006 | 4.0 | Review Guideline Publicly Traded Company Analysis |
| 97 | Star, Samuel | 05/23/2006 | 0.8 | Develop framework for performing valuation. |
| 105 | Braun, Richard | 05/24/2006 | 3.5 | Review and discuss valuation analysis. |
| 106 | Davis, Jordan | 05/24/2006 | 1.3 | Prepare valuation analysis based on market multiples |
| 115 | Korn, Gary | 05/24/2006 | 4.0 | Prepare guideline publicly traded company LTM and forward multiple analysis |
| 117 | McGrath, Tamara | 05/24/2006 | 0.5 | Review relationship of foreign subsidiaries with parent and potential value available to general unsecured creditors. |
| 125 | Star, Samuel | 05/24/2006 | 0.6 | Review and discuss valuation analysis. |
| 126 | Star, Samuel | 05/24/2006 | 0.4 | Develop valuation analysis. |
| 135 | Davis, Jordan | 05/25/2006 | 2.0 | Prepare valuation analysis based on market multiples |

**Silicon Graphic's Inc. Unsecured Creditor Committee**
**FTI Consulting, Inc. Detailed Time Statement**
**For the Period May 18, 2006 Through September 19, 2006**

| Rec # | Professional | Date | Hours Billed | Description |
|-------|-------------|------|-------------|-------------|
| **Valuation** | | | | |
| 138 | Garber, Steven | 05/25/2006 | 2.0 | Review court motions and valuation analyses |
| 144 | Korn, Gary | 05/25/2006 | 1.0 | Review guideline publicly traded company method summary |
| 213 | Garber, Steven | 05/30/2006 | 6.0 | Document review and valuation due diligence |
| 219 | McGrath, Tamara | 05/30/2006 | 0.3 | Review valuation issues and prepare for presentation to Committee. |
| 298 | Braun, Richard | 06/02/2006 | 1.0 | Review and discuss potential buyers. |
| 300 | Garber, Steven | 06/02/2006 | 3.0 | Perform valuation due diligence. |
| 308 | Star, Samuel | 06/02/2006 | 1.2 | Review and discuss valuation analysis, DIP analysis, asset analysis, etc. |
| 312 | Braun, Richard | 06/05/2006 | 1.0 | Review and discussion of valuation analysis. |
| 315 | Garber, Steven | 06/05/2006 | 4.0 | Review and discuss unit level valuation |
| 346 | Star, Samuel | 06/06/2006 | 1.4 | Review and discuss valuation analysis, DIP objection, cash budget, etc. |
| 347 | Star, Samuel | 06/06/2006 | 0.5 | Review and discuss foreign entity value drivers. |
| 350 | Dasari, Bindu | 06/07/2006 | 3.0 | Prepare summary analysis of income statement financial data in preparation for Valuation. |
| 367 | Dasari, Bindu | 06/08/2006 | 0.7 | Update consolidated financial analysis for valuation. |
| 372 | Garber, Steven | 06/08/2006 | 6.0 | Review entity level and financial reporting level valuation. |
| 384 | Dandekar, Manoj | 06/09/2006 | 3.1 | Read IP Innovations Report for SGI, dated 2/18/05, analyze model, develop alternate model and discuss with S. Garber (FTI). |
| 393 | Garber, Steven | 06/09/2006 | 4.0 | Review patent and trademark valuation - with Manoj Dandekar (FTI) -- and exhibits to summarize valuation-related analyses |
| 394 | Hinkelman, Andrew | 06/09/2006 | 0.3 | Review and analyze draft of enterprise and asset based valuation. |
| 423 | Garber, Steven | 06/12/2006 | 1.0 | Review and discuss valuation issues. |
| 427 | Dasari, Bindu | 06/13/2006 | 0.4 | Review and discuss research and pricing on SGI bond trading values. |
| 431 | Garber, Steven | 06/13/2006 | 1.0 | Review summary of asset values |
| 436 | Star, Samuel | 06/13/2006 | 0.6 | Develop valuation analysis. |
| 441 | Dasari, Bindu | 06/14/2006 | 1.8 | Review stock and senior notes pricing analysis. |
| 473 | Dasari, Bindu | 06/16/2006 | 0.8 | Review and discuss black scholes model and volatility of warrants for related valuation. |
| 472 | Dasari, Bindu | 06/16/2006 | 3.0 | Review valuation of warrants to analyze value consideration to unsecured and run sensitivities on numerous variables. |
| 477 | Garber, Steven | 06/16/2006 | 2.0 | Review warrant valuation and other valuation issues |
| 507 | Dasari, Bindu | 06/19/2006 | 3.5 | Review warrant valuation analysis for Cray using different scenarios. |
| 552 | Star, Samuel | 06/21/2006 | 0.6 | Review and discussion re: valuation issues and warrants. |
| 566 | Dasari, Bindu | 06/27/2006 | 0.5 | Team discussion of warrant valuation. |
| | | **Total For Activity** | **78.0** | |

**Silicon Graphic's Inc. Unsecured Creditor Committee**
**FTI Consulting, Inc. Detailed Time Statement**
**For the Period May 18, 2006 Through September 19, 2006**

| Rec # | Professional | Date | Hours Billed | Description |
|-------|-------------|------|-------------|-------------|

## Analyze Potential Avoidance Actions

| Rec # | Professional | Date | Hours Billed | Description |
|-------|-------------|------|-------------|-------------|
| 580 | Yang, Danhua | 06/29/2006 | 1.0 | Analyze payment to vendors greater than over $250,000 |
| 991 | Star, Samuel | 08/11/2006 | 0.3 | Review insider and potential preference payments. |
| 1121 | McGrath, Tamara | 09/05/2006 | 0.3 | Phone call with J. Mesterharm (APLLP), J. Tang (APLLP) and A. Hinkelman (FTI) regarding potential preference list. |
| 1128 | McGrath, Tamara | 09/12/2006 | 0.5 | Prepare email to Committee regarding claims analysis and potential preferences. |
| 1130 | McGrath, Tamara | 09/13/2006 | 0.6 | Draft update to Committee regarding preference analysis. |
| 1132 | McGrath, Tamara | 09/14/2006 | 0.5 | Prepare summary of preference analysis in preparation for Committee call. |
| | | **Total For Activity** | **3.2** | |

## Analyze Current Operating Results

| Rec # | Professional | Date | Hours Billed | Description |
|-------|-------------|------|-------------|-------------|
| 29 | Yozzo, John | 05/19/2006 | 0.5 | Research and review of analysts reports. |
| 98 | Star, Samuel | 05/23/2006 | 0.5 | Review industry articles/analyst report. |
| 136 | Davis, Jordan | 05/25/2006 | 3.5 | Research and prepare organizational chart for Committee report. |
| 146 | McGrath, Tamara | 05/25/2006 | 0.5 | Analyze historical balance sheet and income statement trends. |
| 156 | Star, Samuel | 05/25/2006 | 0.5 | Review analyst reports. |
| 157 | Star, Samuel | 05/25/2006 | 0.2 | Review organization chart. |
| 181 | Hofstad, Ivo | 05/26/2006 | 2.0 | Prepare quarterly income statement schedule with restated historical financials, for A. Hinkelman (FTI). |
| 183 | McGrath, Tamara | 05/26/2006 | 0.7 | Analyze historical income statement and balance sheet. |
| 197 | Yozzo, John | 05/26/2006 | 2.5 | Prepare quarterly historical financial statements (with all line-item detail) for SGI going back three years. Create common size income statements, calculate margins and growth rates, and graph these various P&L -related ratios covering this period. |
| 203 | Star, Samuel | 05/28/2006 | 0.4 | Review analyst reports. |
| 220 | McGrath, Tamara | 05/30/2006 | 0.2 | Review and discuss historical income trends and impact on current value. |
| 239 | Appell, Wesley | 05/31/2006 | 0.8 | Review 10-K filings for discussion of revenue and cost trends. |
| 584 | Star, Samuel | 07/11/2006 | 0.8 | Analyze cash flow results, business plan and projected sources/uses and liquidation analysis contained in disclosure statement. |
| 585 | Star, Samuel | 07/14/2006 | 1.2 | Review cash activity and draft flash report. |
| 586 | Hinkelman, Andrew | 07/17/2006 | 1.6 | Review and analysis of week flash report |
| 587 | McGrath, Tamara | 07/17/2006 | 0.7 | Prepare operations update to Committee. |
| 588 | McGrath, Tamara | 07/17/2006 | 0.7 | Review Monthly operating report for May and incorporate into report to Committee. |
| 589 | McGrath, Tamara | 07/31/2006 | 0.3 | Review reporting requirements and request variance activity for July from Debtors. |

**Silicon Graphic's Inc. Unsecured Creditor Committee**
**FTI Consulting, Inc. Detailed Time Statement**
**For the Period May 18, 2006 Through September 19, 2006**

| Rec # | Professional | Date | Hours Billed | Description |
|---|---|---|---|---|
| **Analyze Current Operating Results** | | | | |
| 943 | Hinkelman, Andrew | 08/02/2006 | 1.4 | Status update call with Debtors' Financial Advisor to review and discuss current operating results. |
| 944 | Hinkelman, Andrew | 08/03/2006 | 1.6 | Review and analysis of weekly flash report. |
| 956 | McGrath, Tamara | 08/03/2006 | 0.9 | Prepare for and call with C. Hanson (SGI) regarding June operating results. |
| 981 | Star, Samuel | 08/08/2006 | 0.8 | Review current operating results and cash flows. |
| 945 | Hinkelman, Andrew | 08/09/2006 | 0.6 | Review and analysis of weekly flash report. |
| 982 | Star, Samuel | 08/09/2006 | 0.7 | Conference call with A. Hinkelman (FTI) and T. McGrath (FTI) re: project status and operating results. |
| 987 | Star, Samuel | 08/10/2006 | 0.2 | Review operations analysis. |
| 994 | Star, Samuel | 08/17/2006 | 0.2 | Review industry articles. |
| 952 | Hinkelman, Andrew | 08/30/2006 | 1.1 | Review and analysis of weekly operating results. |
| 1127 | McGrath, Tamara | 09/07/2006 | 0.2 | Analyze revenue report compared to budget and historical results. |
| 1112 | Eisenband, Michael | 09/14/2006 | 1.0 | Review financing summary. |
| | **Total For Activity** | | **26.3** | |
| **Analyze Tax Issues** | | | | |
| 83 | Joffe, Steven | 05/23/2006 | 0.5 | Review of stock trading motion |
| 571 | Joffe, Steven | 06/28/2006 | 2.8 | Review of plan/disclosure statement; discussion with S. Star (FTI) regarding plan and tax issues. |
| 573 | Star, Samuel | 06/28/2006 | 0.6 | Discussions with S. Joffe (FTI) re: NOL issues. |
| 590 | Joffe, Steven | 07/05/2006 | 0.5 | Review of tax disclosure document |
| | **Total For Activity** | | **4.4** | |
| **Court Hearings - Preparation and Attendance** | | | | |
| 322 | McGrath, Tamara | 06/05/2006 | 0.2 | Prepare questions for depositions. |
| 348 | Star, Samuel | 06/06/2006 | 0.6 | Review deposition question outline. |
| 349 | Star, Samuel | 06/06/2006 | 0.7 | Call with WS re: deposition outline. |
| 398 | Orr, Jon | 06/09/2006 | 6.5 | Attend deposition of K. Lanterman. |
| 432 | Hinkelman, Andrew | 06/13/2006 | 6.0 | Attend AP deposition. |
| 434 | Orr, Jon | 06/13/2006 | 7.0 | Prepare for and attend deposition of Kevin Katari. |
| 482 | McGrath, Tamara | 06/16/2006 | 1.0 | Prepare exhibits to support S. Star (FTI) deposition. |
| 483 | McGrath, Tamara | 06/16/2006 | 1.4 | Phone call with S. Star (FTI) and J. Orr (FTI) regarding exhibits needed to support deposition. |
| 487 | Orr, Jon | 06/16/2006 | 1.4 | Review and prepare exhibits to support S. Star (FTI) deposition. |
| 490 | Star, Samuel | 06/16/2006 | 1.2 | Prepare for deposition/testimony. |

**Silicon Graphic's Inc. Unsecured Creditor Committee**
**FTI Consulting, Inc. Detailed Time Statement**
**For the Period May 18, 2006 Through September 19, 2006**

| Rec # | Professional | Date | Hours Billed | Description |
|---|---|---|---|---|

### Court Hearings - Preparation and Attendance

| Rec # | Professional | Date | Hours Billed | Description |
|---|---|---|---|---|
| 491 | Star, Samuel | 06/16/2006 | 1.1 | Produce documents for deposition. |
| 500 | Hinkelman, Andrew | 06/18/2006 | 2.2 | Prepare for Alix's deposition. |
| 503 | Orr, Jon | 06/18/2006 | 0.8 | Prepare and send e-mail to WS on potential cross examination questions for Debtors. |
| 505 | Star, Samuel | 06/18/2006 | 8.0 | Review various documents in preparation for deposition/testimony. |
| 510 | Hinkelman, Andrew | 06/19/2006 | 1.8 | Review and analysis of Exhibits for Starr potential testimony; |
| 514 | McGrath, Tamara | 06/19/2006 | 1.1 | Revise exhibits to support testimony of S. Star (FTI). |
| 521 | Star, Samuel | 06/19/2006 | 3.4 | Attend deposition. |
| 520 | Star, Samuel | 06/19/2006 | 4.8 | Prepare for deposition/testimony. |
| 529 | Hinkelman, Andrew | 06/20/2006 | 1.1 | Review and analysis of draft exhibits for S. Star (FTI) potential testimony. |
| 530 | Hinkelman, Andrew | 06/20/2006 | 0.7 | Review and discuss draft exhibits. |
| 537 | Star, Samuel | 06/20/2006 | 1.5 | Prepare for testimony. |
| | | **Total For Activity** | **52.5** | |

### Analyze Return to Vendor Program & Critical Vendors

| Rec # | Professional | Date | Hours Billed | Description |
|---|---|---|---|---|
| 43 | Hinkelman, Andrew | 05/22/2006 | 0.8 | Prepare for and call with WS re: foreign vendor payments and cash management motion. |
| 109 | Hinkelman, Andrew | 05/24/2006 | 0.8 | Prepare for and call with WS re: foreign vendor payments. |
| 511 | Hinkelman, Andrew | 06/19/2006 | 0.8 | Review and analysis of post-petition payments made to foreign vendors. |
| | | **Total For Activity** | **2.4** | |

### Analyze Liabilities Subject to Compromise

| Rec # | Professional | Date | Hours Billed | Description |
|---|---|---|---|---|
| 28 | Tomasevic, Nenad | 05/19/2006 | 1.0 | Research and review of indentured bonds. |
| 158 | Star, Samuel | 05/25/2006 | 0.4 | Review and discuss capital structure. |
| 204 | Orr, Jon | 05/29/2006 | 1.4 | Summarize outstanding claims and prepare analysis for presentation to Committee. |
| 240 | Appell, Wesley | 05/31/2006 | 0.2 | Review Schedule F to the Debtors' SOALs |
| 396 | Hinkelman, Andrew | 06/09/2006 | 0.8 | Call with WS, WG&M and Debtors' re: status of DRAM litigation |
| 484 | McGrath, Tamara | 06/16/2006 | 0.2 | Prepare email to J. Mesterharm (AP) regarding claim values and officer loans forgiven. |
| 502 | McGrath, Tamara | 06/18/2006 | 0.9 | Analyze claims schedule forwarded by J. Mesterharm (AP). |
| 515 | McGrath, Tamara | 06/19/2006 | 0.5 | Review variances between 6/13 and 6/19 claim schedules. |
| 548 | Orr, Jon | 06/21/2006 | 0.7 | Review Debtors' Schedule F and compare to separate Debtor prepared analysis of claims. |
| 577 | McGrath, Tamara | 06/29/2006 | 1.2 | Reconcile schedules of liabilities filed with the court to various schedules provided by the Debtors. |

**Silicon Graphic's Inc. Unsecured Creditor Committee**
**FTI Consulting, Inc. Detailed Time Statement**
**For the Period May 18, 2006 Through September 19, 2006**

| Rec # | Professional | Date | Hours Billed | Description |
|---|---|---|---|---|
| | | | | |

## Analyze Liabilities Subject to Compromise

| Rec # | Professional | Date | Hours Billed | Description |
|---|---|---|---|---|
| 591 | McGrath, Tamara | 07/25/2006 | 1.7 | Review LG Electronic's claim and search for disclosure by Debtors. |
| 593 | Hinkelman, Andrew | 07/26/2006 | 1.1 | Review and analysis of statements and schedules re: LG Litigation |
| 592 | Hinkelman, Andrew | 07/26/2006 | 1.2 | Conference call with counsel re: disclosure of statements and LG litigation |
| 594 | Hinkelman, Andrew | 07/26/2006 | 1.3 | Review and analysis of DIP motion regarding LG patent infringement litigation |
| 962 | McGrath, Tamara | 08/10/2006 | 0.4 | Review status of claims information from BSI. |
| 988 | Star, Samuel | 08/10/2006 | 0.1 | Discussions with T. McGrath (FTI) re: claims reconciliation process. |
| 964 | McGrath, Tamara | 08/11/2006 | 0.6 | Review claim amounts listed on the docket compared to scheduled amounts. |
| 969 | McGrath, Tamara | 08/29/2006 | 0.8 | Review motion to reject executory contracts and potential impact on claims pool. |
| 973 | McGrath, Tamara | 08/31/2006 | 0.2 | Review memo from W&S regarding LG motion and impact on claims. |
| 1120 | McGrath, Tamara | 09/01/2006 | 0.3 | Review correspondences regarding proposals to deal with potential LG claim and impact on Plan and recovery. |
| 1137 | Star, Samuel | 09/05/2006 | 0.4 | Prepare for conference call regarding claims. |
| 1123 | McGrath, Tamara | 09/06/2006 | 0.2 | Discuss follow up work required regarding the claims reconciliation and preferences with S. Star (FTI) and A. Hinkelman (FTI). |
| 1122 | McGrath, Tamara | 09/06/2006 | 0.2 | Review claim reconciliation analysis provided by Debtors for discussion on conference call. |
| 1118 | Hinkelman, Andrew | 09/07/2006 | 1.0 | Review and analysis of claims analysis prepared by Alix partners |
| 1147 | Star, Samuel | 09/07/2006 | 0.2 | Review memo to counsel re: LG situation. |
| 1129 | McGrath, Tamara | 09/12/2006 | 0.6 | Phone call with J. Mesterharm (APLLP), J. Tang (APLLP), M. Monger (APLLP), and A. Hinkelman (FTI) regarding claims analysis, status of preference analysis and impact on claims pool. |
| 1151 | Star, Samuel | 09/12/2006 | 0.3 | Conference call with team re: claims analysis. |
| 1152 | Star, Samuel | 09/13/2006 | 0.3 | Review claims levels. |
| 1119 | Hinkelman, Andrew | 09/15/2006 | 1.9 | Review and analysis of claims pool and cure amounts. |
| 1157 | Star, Samuel | 09/15/2006 | 0.2 | Review joint defense agreement re: LGE litigation. |
| 1159 | Star, Samuel | 09/18/2006 | 0.3 | Telephone call with A. Hinkelman (FTI) re: claims update. |
| | | **Total For Activity** | **20.6** | |

## Prep/Participate in Meetings/Conf Calls w/Debtor Reps and Co Personnel

| Rec # | Professional | Date | Hours Billed | Description |
|---|---|---|---|---|
| 60 | Orr, Jon | 05/22/2006 | 2.5 | Prepare for and call with AP re: case issues and information requests. |
| 65 | Star, Samuel | 05/22/2006 | 2.5 | Prepare for and call with AP re: information requests, DIP financing and sales process. |
| 282 | Eisenband, Michael | 06/01/2006 | 2.0 | Prepare for and attend meeting with Debtors. |
| 285 | Hinkelman, Andrew | 06/01/2006 | 2.4 | Prepare for and meet with Committee and Debtors re: operating performance, collateral package, M&A process, exit strategy, deposition strategy, etc. |

## Silicon Graphic's Inc. Unsecured Creditor Committee
## FTI Consulting, Inc. Detailed Time Statement
## For the Period May 18, 2006 Through September 19, 2006

| Rec # | Professional | Date | Hours Billed | Description |
|---|---|---|---|---|
| | | | | |

### Prep/Participate in Meetings/Conf Calls w/Debtor Reps and Co Personnel

| Rec # | Professional | Date | Hours Billed | Description |
|---|---|---|---|---|
| 284 | Hinkelman, Andrew | 06/01/2006 | 0.8 | Prepare for and call with BS re: access to electronic data room. |
| 288 | McGrath, Tamara | 06/01/2006 | 3.3 | Prepare for and participate telephonically in meeting with the Debtors. |
| 290 | Orr, Jon | 06/01/2006 | 3.7 | Prepare for and meet with Committee and Debtors re: operating performance, collateral package, M&A process, exit strategy, deposition strategy, etc. |
| 302 | Hinkelman, Andrew | 06/02/2006 | 1.2 | Conference call with Company CFO and Debtor's Financial Advisor regarding cash history, updated cash flows, and cash management system; |
| 316 | Hinkelman, Andrew | 06/05/2006 | 1.2 | Prepare for and call with Debtors' management, WG&M, and AP re: cash management, operations, and exit strategy |
| 330 | Hinkelman, Andrew | 06/06/2006 | 0.5 | Review and discuss encumbered and unencumbered assets and collateral analysis |
| 331 | Hinkelman, Andrew | 06/06/2006 | 0.8 | Telephone conference with Debtors' management re: foreign cash management and minimum required cash balances |
| 595 | Star, Samuel | 07/13/2006 | 0.2 | Telephone call with A. Sammett re: case status. |
| 946 | Hinkelman, Andrew | 08/09/2006 | 0.9 | Telephone conference with Debtors and Debtors' Financial Advisor regarding case status and exit financing. |
| 974 | McGrath, Tamara | 08/31/2006 | 0.7 | Prepare for and call with J. Mesterharm (APLLP), C. Hanson (SGI), & A. Hinkelman (FTI) to discuss plan progress, exit financing, cash flows, and claims analysis. |
| 1117 | Hinkelman, Andrew | 09/06/2006 | 0.8 | Conference call with Alix re: preference pool |
| 1116 | Hinkelman, Andrew | 09/06/2006 | 2.1 | Conference call with Alix and Debtors' counsel re: claims analysis |
| 1125 | McGrath, Tamara | 09/06/2006 | 1.0 | Participate in call with Debtors to discuss preferences, claims reconciliation, LG litigation and Plan issues. |
| 1124 | McGrath, Tamara | 09/06/2006 | 0.3 | Prepare for and participate in call with counsel to prepare for Debtor call regarding preferences, claims and Plan issues. |
| | | **Total For Activity** | **26.9** | |

### Prep/Participate in Creditor Committee Meetings and Conf Calls

| Rec # | Professional | Date | Hours Billed | Description |
|---|---|---|---|---|
| 4 | Eisenband, Michael | 05/18/2006 | 0.6 | Prepare for and meet with Committee re: work plan and next steps. |
| 8 | Star, Samuel | 05/18/2006 | 0.5 | Prepare for and meet with Committee re: work plan and next steps. |
| 12 | Eisenband, Michael | 05/19/2006 | 1.2 | Telephone calls with committee members re: FTI work plan. |
| 13 | Hinkelman, Andrew | 05/19/2006 | 1.2 | Telephone calls with committee members re: FTI work plan. |
| 32 | Orr, Jon | 05/21/2006 | 1.6 | Prepare for and call with WS re: preliminary first day order comments. |
| 44 | Hinkelman, Andrew | 05/22/2006 | 2.2 | Prepare for and call with Committee re: case strategy; |
| 45 | Hinkelman, Andrew | 05/22/2006 | 1.3 | Prepare for and call with Committee re first day motions and case timeline. |
| 49 | McGrath, Tamara | 05/22/2006 | 0.5 | Prepare for and call with WS to prepare for Committee meeting. |
| 50 | McGrath, Tamara | 05/22/2006 | 1.3 | Prepare for and call with Committee re: initial observations and strategy. |
| 61 | Orr, Jon | 05/22/2006 | 0.6 | Prepare for and call with WS to prepare for Committee meeting. |

**Silicon Graphic's Inc. Unsecured Creditor Committee**
**FTI Consulting, Inc. Detailed Time Statement**
**For the Period May 18, 2006 Through September 19, 2006**

| Rec # | Professional | Date | Hours Billed | Description |
|-------|--------------|------|--------------|-------------|

### Prep/Participate in Creditor Committee Meetings and Conf Calls

| Rec # | Professional | Date | Hours Billed | Description |
|-------|--------------|------|--------------|-------------|
| 62 | Orr, Jon | 05/22/2006 | 1.1 | Prepare for and call with Committee re: initial observations and strategy. |
| 67 | Star, Samuel | 05/22/2006 | 1.3 | Prepare for and call with Committee re: first day motions, DIP financing, exit strategy. |
| 66 | Star, Samuel | 05/22/2006 | 0.5 | Prepare for and call with WS to prepare for Committee meeting. |
| 75 | Dasari, Bindu | 05/23/2006 | 1.0 | Review capital structure and outstanding liabilities. |
| 107 | Davis, Jordan | 05/24/2006 | 1.2 | Review and discuss work plan for Committee meeting |
| 123 | Orr, Jon | 05/24/2006 | 0.4 | Prepare for and participate in meeting to discuss presentation to unsecured creditors committee. |
| 154 | Orr, Jon | 05/25/2006 | 0.7 | Prepare for and participate in meeting to discuss presentation to unsecured creditors committee. |
| 174 | Davis, Jordan | 05/26/2006 | 1.2 | Prepare organizational chart for Committee meeting. |
| 176 | Eisenband, Michael | 05/26/2006 | 0.6 | Review committee correspondence. |
| 179 | Hinkelman, Andrew | 05/26/2006 | 0.7 | Review draft of Committee presentation. |
| 184 | McGrath, Tamara | 05/26/2006 | 2.1 | Prepare initial report to Committee. |
| 188 | Orr, Jon | 05/26/2006 | 0.9 | Prepare for and participate in meeting to discuss presentation to unsecured creditors committee. |
| 192 | Star, Samuel | 05/26/2006 | 0.5 | Review miscellaneous correspondence from WS. |
| 199 | McGrath, Tamara | 05/27/2006 | 0.7 | Prepare report for presentation to Committee. |
| 212 | Davis, Jordan | 05/30/2006 | 3.3 | Prepare draft of Committee report. |
| 221 | McGrath, Tamara | 05/30/2006 | 1.2 | Prepare presentation for Committee meeting. |
| 228 | Orr, Jon | 05/30/2006 | 2.1 | Review and revise presentation to Committee. |
| 251 | Hinkelman, Andrew | 05/31/2006 | 2.8 | Review and revise Committee report. |
| 256 | McGrath, Tamara | 05/31/2006 | 0.8 | Review and discuss presentation to Committee. |
| 257 | McGrath, Tamara | 05/31/2006 | 0.6 | Prepare for and call with WS re: agenda for Committee meeting. |
| 255 | McGrath, Tamara | 05/31/2006 | 0.8 | Review and discuss outline for Committee presentation. |
| 263 | Orr, Jon | 05/31/2006 | 0.8 | Prepare for and call with WS re: case issues. |
| 264 | Orr, Jon | 05/31/2006 | 3.3 | Review and revise presentation to Committee. |
| 268 | Orr, Jon | 05/31/2006 | 0.6 | Review and discuss preliminary comments to presentation to Committee. |
| 270 | Star, Samuel | 05/31/2006 | 2.8 | Review and discuss Committee presentation. |
| 269 | Star, Samuel | 05/31/2006 | 1.9 | Review and revise presentation to Committee. |
| 271 | Star, Samuel | 05/31/2006 | 0.6 | Conference call with WS re: case status. |
| 283 | Eisenband, Michael | 06/01/2006 | 3.0 | Prepare for and attend Committee meeting |
| 286 | Hinkelman, Andrew | 06/01/2006 | 2.8 | Prepare for and call with Committee. |
| 289 | McGrath, Tamara | 06/01/2006 | 1.4 | Prepare for and call with Committee re: strategy going forward and next steps. |

## Silicon Graphic's Inc. Unsecured Creditor Committee
### FTI Consulting, Inc. Detailed Time Statement
### For the Period May 18, 2006 Through September 19, 2006

| Rec # | Professional | Date | Hours Billed | Description |
|-------|-------------|------|--------------|-------------|

### Prep/Participate in Creditor Committee Meetings and Conf Calls

| Rec # | Professional | Date | Hours Billed | Description |
|-------|-------------|------|--------------|-------------|
| 291 | Orr, Jon | 06/01/2006 | 1.1 | Prepare for and participate in call with Committee. |
| 293 | Star, Samuel | 06/01/2006 | 0.4 | Discussions with Committee and Debtor counsel re: information flow. |
| 294 | Star, Samuel | 06/01/2006 | 0.3 | Telephone call with A. Samett (WS) re: agenda for meeting. |
| 295 | Star, Samuel | 06/01/2006 | 4.2 | Prepare for and meet with Committee and Debtors re: operating performance, collateral package, M&A process, exit strategy, deposition strategy, etc. |
| 386 | Dasari, Bindu | 06/09/2006 | 1.0 | Prepare for and call with Committee re: case issues and recovery analysis. |
| 385 | Dasari, Bindu | 06/09/2006 | 0.4 | Read and review previous Committee report and use as template for new. |
| 405 | Hinkelman, Andrew | 06/10/2006 | 1.2 | Update presentation for Committee meeting |
| 418 | Dasari, Bindu | 06/12/2006 | 0.8 | Prepare committee report. |
| 428 | Dasari, Bindu | 06/13/2006 | 1.5 | Prepare for and call with Committee re: case issues. |
| 430 | Eisenband, Michael | 06/13/2006 | 0.5 | Prepare for and call with Committee re: case issues. |
| 437 | Star, Samuel | 06/13/2006 | 1.1 | Preparation for and participation in conference call with Committee re: DIP alternative, DIP objection and exit strategy. |
| 444 | Hinkelman, Andrew | 06/14/2006 | 1.1 | Prepare for and call with WS re: cash management motion |
| 452 | Dasari, Bindu | 06/15/2006 | 1.5 | Meeting with WS to prepare and discuss prior to meeting with Debtor and Secured Bondholders. |
| 474 | Dasari, Bindu | 06/16/2006 | 1.5 | Prepare for and call with Committee re: plan negotiations and next steps. |
| 480 | Hinkelman, Andrew | 06/16/2006 | 1.8 | Prepare correspondence to WS re: case status. |
| 479 | Hinkelman, Andrew | 06/16/2006 | 2.0 | Prepare for and call with Committee re: plan negotiations and next steps. |
| 485 | McGrath, Tamara | 06/16/2006 | 1.3 | Prepare for and call with Committee re: plan negotiations and next steps. |
| 488 | Orr, Jon | 06/16/2006 | 1.1 | Prepare for and call with Committee re: plan negotiations and next steps. |
| 512 | Hinkelman, Andrew | 06/19/2006 | 1.1 | Prepare for and call with WS re: Debtor's responses to cash objection motion; . |
| 517 | Orr, Jon | 06/19/2006 | 0.9 | Discuss with Committee members estimates of their claims and review claims analysis. |
| 518 | Orr, Jon | 06/19/2006 | 1.1 | Prepare for and participate in call with Committee on settlement. |
| 531 | Hinkelman, Andrew | 06/20/2006 | 1.1 | Prepare for and call with Committee members and WS re: status update. |
| 547 | McGrath, Tamara | 06/21/2006 | 0.7 | Participate in Committee Call regarding settlement proposal. |
| 549 | Orr, Jon | 06/21/2006 | 0.9 | Prepare for and participate in Committee call on settlement. |
| 553 | Star, Samuel | 06/21/2006 | 1.4 | Preparation for and participation in conference call with Committee re: POR settlements and related recovery analysis. |
| 570 | Star, Samuel | 06/27/2006 | 0.3 | Telephone call with D. Neier (WS) re: case status. |
| 596 | Eisenband, Michael | 07/11/2006 | 0.5 | Telephone call with counsel re: case issues. |
| 597 | Star, Samuel | 07/24/2006 | 0.5 | Conference call with Committee re: case status. |
| 598 | Eisenband, Michael | 07/28/2006 | 1.0 | Telephone call with Committee member re: claims. |

<strong>Silicon Graphic's Inc. Unsecured Creditor Committee</strong><br>
<strong>FTI Consulting, Inc. Detailed Time Statement</strong><br>
<strong>For the Period May 18, 2006 Through September 19, 2006</strong>

| Rec # | Professional | Date | Hours Billed | Description |
|---|---|---|---|---|

### Prep/Participate in Creditor Committee Meetings and Conf Calls

| Rec # | Professional | Date | Hours Billed | Description |
|---|---|---|---|---|
| 939 | Eisenband, Michael | 08/03/2006 | 0.6 | Prepare for and call with Committee member re: case issues. |
| 941 | Eisenband, Michael | 08/04/2006 | 0.5 | Telephone call with W&S re: case issues. |
| 977 | Orr, Jon | 08/04/2006 | 0.9 | Review and modify Committee report. |
| 975 | McGrath, Tamara | 08/31/2006 | 2.0 | Prepare Committee report regarding Plan progress, cash flow update, and claims reconciliation process. |
| 996 | Star, Samuel | 08/31/2006 | 1.2 | Review status report to Committee and discuss with T. McGrath (FTI). |
| 1138 | Star, Samuel | 09/05/2006 | 0.5 | Review various correspondence from counsel re: claims and exit financing. |
| 1141 | Star, Samuel | 09/06/2006 | 0.5 | Conference call with Committee counsel re: plan supplement, preference analysis, claims estimates. |
| 1153 | Star, Samuel | 09/13/2006 | 0.5 | Prepare for 9/14/06 Committee call. |
| 1133 | McGrath, Tamara | 09/14/2006 | 1.1 | Participate in Committee meeting regarding claims, preferences, exit financing, LG claim, and other Plan Confirmation issues. |
| 1155 | Star, Samuel | 09/14/2006 | 0.9 | Conference call with Committee re: confirmation issues, claims levels and exit financing. |
| | | **Total For Activity** | **93.7** | |

### Meetings with Other Parties

| Rec # | Professional | Date | Hours Billed | Description |
|---|---|---|---|---|
| 599 | Star, Samuel | 07/05/2006 | 0.3 | Telephone call with claims purchaser re: case status. |
| 942 | Eisenband, Michael | 08/04/2006 | 0.6 | Telephone calls with secured lender re: case issues. |
| | | **Total For Activity** | **0.9** | |

### Analyze Employee Matters, Including Retention, Severance and Bonus Plans

| Rec # | Professional | Date | Hours Billed | Description |
|---|---|---|---|---|
| 79 | Hinkelman, Andrew | 05/23/2006 | 0.8 | Prepare for and call with WS re: Salaries and Wages motion. |
| 80 | Hinkelman, Andrew | 05/23/2006 | 1.1 | Review and analysis of Salaries and Wages motion. |
| 600 | Rosen, Adam | 07/10/2006 | 1.5 | Review Debtors' Employee Incentive Plan and Other Bonus Programs Motion |
| 601 | Rosen, Adam | 07/10/2006 | 0.5 | Discussion of KERP motion with S. Star |
| 602 | Star, Samuel | 07/10/2006 | 0.5 | Discussion with A. Rosen re: KERP motion. |
| | | **Total For Activity** | **4.4** | |

### Analyze Real Property Leases

| Rec # | Professional | Date | Hours Billed | Description |
|---|---|---|---|---|
| 131 | Dasari, Bindu | 05/25/2006 | 0.5 | Review and discuss Goldman leases. |
| 133 | Dasari, Bindu | 05/25/2006 | 0.5 | Review 502(b) calculation analysis. |
| 132 | Dasari, Bindu | 05/25/2006 | 2.0 | Review and analyze lease properties in Affidavit and initial review of real leases. |
| 159 | Star, Samuel | 05/25/2006 | 0.5 | Conference calls with counsel, Committee and Debtors re: proposed lease restructuring. |

### Silicon Graphic's Inc. Unsecured Creditor Committee
### FTI Consulting, Inc. Detailed Time Statement
### For the Period May 18, 2006 Through September 19, 2006

| Rec # | Professional | Date | Hours Billed | Description |
|---|---|---|---|---|
| | | | | |

## Analyze Real Property Leases

| Rec # | Professional | Date | Hours Billed | Description |
|---|---|---|---|---|
| 171 | Dasari, Bindu | 05/26/2006 | 1.2 | Review Term sheet of Goldman lease termination review. |
| 172 | Dasari, Bindu | 05/26/2006 | 0.3 | Review and discuss corporate lease summary. |
| 170 | Dasari, Bindu | 05/26/2006 | 2.0 | Review Goldman lease savings and 502(b) calculation analysis. |
| 175 | Davis, Jordan | 05/26/2006 | 4.3 | Review and summarize SGI's Corporate HQ leases |
| 193 | Star, Samuel | 05/26/2006 | 0.2 | Review lease rejection claim analysis. |
| 210 | Dasari, Bindu | 05/30/2006 | 1.4 | Review settlement terms sheet with Goldman on termination of three corporate leases. |
| 208 | Dasari, Bindu | 05/30/2006 | 0.8 | Review and discuss Goldman settlement terms and 502(b)(6) calculation. |
| 209 | Dasari, Bindu | 05/30/2006 | 1.6 | Prepare analysis of Debtors file of lease obligation and 502(b)(6) calculations. |
| 211 | Dasari, Bindu | 05/30/2006 | 1.0 | Prepare for and call with Debtors re: HQ corporate leases, Goldman settlement and 502(b)(6) calculation. |
| 230 | Orr, Jon | 05/30/2006 | 0.9 | Prepare for and call with AP regarding Goldman Sachs Proposal. |
| 229 | Orr, Jon | 05/30/2006 | 1.2 | Prepare analysis and slides on Goldman Settlement Transaction. |
| 234 | Star, Samuel | 05/30/2006 | 1.1 | prepare for and call with Debtors' FA re: lease restructuring motion. |
| 233 | Star, Samuel | 05/30/2006 | 0.7 | Review and discuss lease restructuring motion. |
| 244 | Dasari, Bindu | 05/31/2006 | 0.8 | Call with WS to discuss 502(b)(6) assumptions and Goldman terms. |
| 247 | Dasari, Bindu | 05/31/2006 | 0.4 | Review memorandum by WS of corporate lease settlement issues and respond to counsel. |
| 245 | Dasari, Bindu | 05/31/2006 | 1.3 | Review ATC corporate lease and analyze financial obligations under remaining lease. |
| 249 | Dasari, Bindu | 05/31/2006 | 1.2 | Review and discuss corporate leases and Goldman settlement for Committee presentation. |
| 248 | Dasari, Bindu | 05/31/2006 | 1.6 | Review corporate leases and analyze financial obligations under remaining leases. |
| 246 | Dasari, Bindu | 05/31/2006 | 0.5 | Prepare analysis of mitigation against lease rejection claim. |
| 279 | Dasari, Bindu | 06/01/2006 | 0.5 | Prepare information request re: lease calculations spreadsheet to Debtor. |
| 278 | Dasari, Bindu | 06/01/2006 | 1.7 | Review and analysis of Google sublease document and related mitigation calculations. |
| 328 | Dasari, Bindu | 06/06/2006 | 0.6 | Call with WS re: discuss review of lease settlement. |
| 329 | Dasari, Bindu | 06/06/2006 | 1.7 | Analysis and review of lease calculations related to Debtors responses. |
| 368 | Dasari, Bindu | 06/08/2006 | 1.5 | Review WS memo to Committee on lease termination settlement. |
| | | **Total For Activity** | **32.0** | |

## Analyze DIP Facility Matters

| Rec # | Professional | Date | Hours Billed | Description |
|---|---|---|---|---|
| 2 | Bellazain-Harris, Sheba | 05/18/2006 | 1.0 | Research comparable DIP Financing agreements. |
| 5 | McGrath, Tamara | 05/18/2006 | 0.9 | Review and prepare analysis of DIP Agreement. |

**Silicon Graphic's Inc. Unsecured Creditor Committee**
**FTI Consulting, Inc. Detailed Time Statement**
**For the Period May 18, 2006 Through September 19, 2006**

| Rec # | Professional | Date | Hours Billed | Description |
|---|---|---|---|---|
| **Analyze DIP Facility Matters** | | | | |
| 9 | Star, Samuel | 05/18/2006 | 0.1 | Review comparable DIP Financing agreements. |
| 10 | Bellazain-Harris, Sheba | 05/19/2006 | 2.5 | Prepare comparable DIP Agreement analysis. |
| 17 | McGrath, Tamara | 05/19/2006 | 1.9 | Review DIP terms and draft summary memo. |
| 25 | Star, Samuel | 05/19/2006 | 1.1 | Prepare for and call with WS re: DIP objection and related analyses. |
| 30 | Orr, Jon | 05/20/2006 | 2.7 | Review of DIP Financing motion |
| 38 | Barach, Jonathan | 05/22/2006 | 2.5 | Prepare analysis of comparable post-petition loans. |
| 37 | Barach, Jonathan | 05/22/2006 | 2.0 | Review and analyze comparable post-petition loans. |
| 39 | Barach, Jonathan | 05/22/2006 | 3.1 | Reviewed comparable post-petition financing documents. |
| 40 | Bellazain-Harris, Sheba | 05/22/2006 | 1.5 | Research comparable DIP Financing agreements. |
| 53 | McGrath, Tamara | 05/22/2006 | 0.3 | Review and discuss analysis of comparable DIP facilities. |
| 52 | McGrath, Tamara | 05/22/2006 | 0.8 | Review and discuss DIP comparables and other tasks. |
| 51 | McGrath, Tamara | 05/22/2006 | 0.8 | Review and discuss engagement strategy and DIP analysis. |
| 55 | McGrath, Tamara | 05/22/2006 | 0.9 | Review terms of DIP comparables. |
| 54 | McGrath, Tamara | 05/22/2006 | 2.9 | Prepare for and call with Debtors' Financial Advisor re: DIP solicitation process and information request list. |
| 68 | Star, Samuel | 05/22/2006 | 0.5 | Review analysis of proposed DIP financing. |
| 70 | Barach, Jonathan | 05/23/2006 | 0.9 | Reviewed comparable post-petition financing documents. |
| 71 | Barach, Jonathan | 05/23/2006 | 3.4 | Research and review of comparable companies' post-petition financing |
| 72 | Barach, Jonathan | 05/23/2006 | 3.7 | Prepare comparable post-petition financing analysis. |
| 74 | Dasari, Bindu | 05/23/2006 | 2.5 | Review and summarize US Trustee objection to DIP and cash collateral. |
| 81 | Hinkelman, Andrew | 05/23/2006 | 3.4 | Call Private Equity firms re: potential interest in financing a new deal. |
| 89 | McGrath, Tamara | 05/23/2006 | 0.4 | Calculate DIP availability under various cash flow scenarios. |
| 91 | McGrath, Tamara | 05/23/2006 | 0.2 | Review US Trustee objection to DIP and cash collateral. |
| 90 | McGrath, Tamara | 05/23/2006 | 2.6 | Review comparable DIP facilities. |
| 88 | McGrath, Tamara | 05/23/2006 | 1.0 | Evaluate ability to meet DIP covenants based on DIP Budget assumptions and historical actual data provided. |
| 87 | McGrath, Tamara | 05/23/2006 | 0.8 | Prepare for and call with E. Sangerman (WS) re: DIP facility needs and options. |
| 86 | McGrath, Tamara | 05/23/2006 | 0.5 | Review and discuss minimum DIP requirements under various scenarios. |
| 93 | Orr, Jon | 05/23/2006 | 1.4 | Review and analyze debt ceiling issues at SGI and participate in conference call with WS. |
| 94 | Orr, Jon | 05/23/2006 | 2.1 | Review comparable DIP analysis. |
| 99 | Star, Samuel | 05/23/2006 | 0.2 | Review issues with proposed DIP. |
| 100 | Star, Samuel | 05/23/2006 | 1.0 | Prepare for and call with AP re: DIP facility and Goldman transaction. |

## Silicon Graphic's Inc. Unsecured Creditor Committee
### FTI Consulting, Inc. Detailed Time Statement
### For the Period May 18, 2006 Through September 19, 2006

| Rec # | Professional | Date | Hours Billed | Description |
|-------|-------------|------|--------------|-------------|
| | | | | |

### Analyze DIP Facility Matters

| Rec # | Professional | Date | Hours Billed | Description |
|-------|-------------|------|--------------|-------------|
| 104 | Barach, Jonathan | 05/24/2006 | 3.7 | Review Silicon Graphics loan agreements and Note Prospectus. |
| 102 | Barach, Jonathan | 05/24/2006 | 3.3 | Review and analyze comparable post-petition loans. |
| 103 | Barach, Jonathan | 05/24/2006 | 1.0 | Prepare comparable post-petition loan summary. |
| 111 | Hinkelman, Andrew | 05/24/2006 | 1.0 | Review and analysis of FTI DIP database for comparative DIPs. |
| 110 | Hinkelman, Andrew | 05/24/2006 | 1.1 | Call Private Equity firms re: potential interest in financing a new deal. |
| 119 | McGrath, Tamara | 05/24/2006 | 1.2 | Review and discuss DIP facility pricing, enterprise value, value of unencumbered assets, and cash flow projections. |
| 120 | McGrath, Tamara | 05/24/2006 | 2.2 | Review comparable DIP documents. |
| 118 | McGrath, Tamara | 05/24/2006 | 0.5 | Provide comments to WS re: covenants and events of default in DIP Loan Agreement. |
| 127 | Star, Samuel | 05/24/2006 | 1.1 | Review and discuss DIP analysis and 1st day motions. |
| 129 | Barach, Jonathan | 05/25/2006 | 2.8 | Reviewed comparable post-petition financing documents. |
| 140 | Hinkelman, Andrew | 05/25/2006 | 2.3 | Calls Private Equity firms re: potential interest in financing a new deal. |
| 141 | Hinkelman, Andrew | 05/25/2006 | 1.7 | Review and analyze DIP comparative analysis. |
| 151 | McGrath, Tamara | 05/25/2006 | 0.6 | Review terms of Ultimate Electronics DIP Loan. |
| 148 | McGrath, Tamara | 05/25/2006 | 1.4 | Review data compiled regarding DIP loans to Collins & Aikman, Applied Extrusions, Freidman's, Panda Gila, and Entergy New Orleans. |
| 149 | McGrath, Tamara | 05/25/2006 | 0.9 | Review terms of Easy Gardener DIP Agreement. |
| 150 | McGrath, Tamara | 05/25/2006 | 1.5 | Review of DIP comparables analysis and resulting trends and averages. |
| 147 | McGrath, Tamara | 05/25/2006 | 1.1 | Review terms of Aloha Airlines Bridge loan, proposed DIP and final DIP. |
| 168 | Bellazain-Harris, Sheba | 05/26/2006 | 0.3 | Review DIP court documents. |
| 180 | Hinkelman, Andrew | 05/26/2006 | 1.0 | Call Private Equity firms re: potential interest in financing a new deal. |
| 189 | Orr, Jon | 05/26/2006 | 1.1 | Review 6.5% Notes for collateral issues. |
| 194 | Star, Samuel | 05/26/2006 | 0.7 | Prepare for and call with D. Neier (WS) re: Goldman lease restructuring, case status and potential investors. |
| 200 | McGrath, Tamara | 05/27/2006 | 0.9 | Review DIP terms and summarize for presentation to committee. |
| 205 | Barach, Jonathan | 05/30/2006 | 3.4 | Researched comparable DIP agreement to determine extent the agreement was a sale of assets and/or a prepackaged DIP. |
| 215 | Hinkelman, Andrew | 05/30/2006 | 1.3 | Call Private Equity firms re: potential interest in financing a new deal. |
| 214 | Hinkelman, Andrew | 05/30/2006 | 3.1 | Meet with Private Equity firm re: potential interest in financing a new deal. |
| 226 | McGrath, Tamara | 05/30/2006 | 0.1 | Review LC requirements and cash collateral needs. |
| 225 | McGrath, Tamara | 05/30/2006 | 0.3 | Review terms of Goldman Sachs settlement and impact on availability/cash flows. |
| 224 | McGrath, Tamara | 05/30/2006 | 3.2 | Review revised DIP cash flow budget compared to original budget and prepare for presentation to Committee. |
| 222 | McGrath, Tamara | 05/30/2006 | 0.9 | Review and discuss revised DIP motion and comparables. |

**Silicon Graphic's Inc. Unsecured Creditor Committee**
**FTI Consulting, Inc. Detailed Time Statement**
**For the Period May 18, 2006 Through September 19, 2006**

| Rec # | Professional | Date | Hours Billed | Description |
|-------|-------------|------|--------------|-------------|
| | | | | |

## Analyze DIP Facility Matters

| Rec # | Professional | Date | Hours Billed | Description |
|-------|-------------|------|--------------|-------------|
| 223 | McGrath, Tamara | 05/30/2006 | 3.8 | Review and summarize terms of revised DIP facility Motion for presentation to Committee. |
| 227 | McGrath, Tamara | 05/30/2006 | 0.5 | Review and discuss revisions to DIP comparables data. |
| 236 | Star, Samuel | 05/30/2006 | 0.7 | Review revised DIP motion. |
| 235 | Star, Samuel | 05/30/2006 | 0.4 | Review revised DIP budget. |
| 238 | Tomasevic, Nenad | 05/30/2006 | 2.0 | Review competitive DIP motions for comparable sale and restructuring language. |
| 241 | Appell, Wesley | 05/31/2006 | 1.3 | Conduct analysis of DIP covenants and budget forecasts. |
| 259 | McGrath, Tamara | 05/31/2006 | 2.9 | Review and discuss presentation to Committee and DIP cash flow budget. |
| 260 | McGrath, Tamara | 05/31/2006 | 3.5 | Revise committee presentation, including consolidating balance sheet and DIP cash flow budget. |
| 258 | McGrath, Tamara | 05/31/2006 | 0.8 | Update DIP term summary. |
| 266 | Orr, Jon | 05/31/2006 | 0.8 | Prepare analysis of DIP borrowing needs under various scenarios. |
| 265 | Orr, Jon | 05/31/2006 | 3.2 | Review credit agreements and financial information to identify potential unsecured assets and summarize findings. |
| 272 | Star, Samuel | 05/31/2006 | 0.6 | Review proposed DIP financing document. |
| 273 | Star, Samuel | 05/31/2006 | 0.6 | Review DIP financing comparables. |
| 296 | Star, Samuel | 06/01/2006 | 0.2 | Review pledged assets analysis. |
| 323 | Orr, Jon | 06/05/2006 | 1.1 | Prepare list of DIP questions and issues for depositions of Lanterman and Mesterharm. |
| 333 | Hinkelman, Andrew | 06/06/2006 | 0.4 | Telephone conference with Sun Capital regarding their interest in SGI |
| 332 | Hinkelman, Andrew | 06/06/2006 | 0.7 | Prepare for and call with Battery Ventures re: providing a competing DIP and Exit Plan forward |
| 336 | McGrath, Tamara | 06/06/2006 | 1.3 | Review and discuss status of DIP analysis and other engagement matters. |
| 342 | Orr, Jon | 06/06/2006 | 1.0 | Prepare for and participate in call with Debtors to discuss DIP Budget. |
| 341 | Orr, Jon | 06/06/2006 | 1.1 | Prepare for and call with WS re: depositions of Lanterman and Mesterharm. |
| 355 | Hinkelman, Andrew | 06/07/2006 | 1.1 | Review and discuss cash management, status of alternative DIP providers, collateral analysis and valuation strategy |
| 353 | Hinkelman, Andrew | 06/07/2006 | 0.4 | Call with Battery Ventures regarding investment interest |
| 354 | Hinkelman, Andrew | 06/07/2006 | 0.2 | Prepare for and call Tennebaum re: level on interest in SGI. |
| 356 | Hinkelman, Andrew | 06/07/2006 | 1.3 | Review and discuss preliminary DIP term sheet and potential exit strategies |
| 360 | Orr, Jon | 06/07/2006 | 1.3 | Review Lanterman discovery documents. |
| 363 | Star, Samuel | 06/07/2006 | 0.7 | Review and discuss DIP objection, cash management motion and valuation analysis |
| 374 | Hinkelman, Andrew | 06/08/2006 | 0.8 | Telephone conference with Steven Chang (Tennenbaum) re: providing an alternative DIP or exit plan |
| 378 | Orr, Jon | 06/08/2006 | 7.0 | Prepare for deposition of K Lanterman by reviewing discovery materials. |

**Silicon Graphic's Inc. Unsecured Creditor Committee**
**FTI Consulting, Inc. Detailed Time Statement**
**For the Period May 18, 2006 Through September 19, 2006**

| Rec # | Professional | Date | Hours Billed | Description |
|-------|-------------|------|-------------|-------------|

## Analyze DIP Facility Matters

| Rec # | Professional | Date | Hours Billed | Description |
|-------|-------------|------|-------------|-------------|
| 388 | Dasari, Bindu | 06/09/2006 | 1.2 | Prepare analysis of 1st and 2nd lien collateral and unencumbered assets based on Company information. |
| 395 | Hinkelman, Andrew | 06/09/2006 | 0.5 | Prepare for and call with WS regarding DIP objection motion. |
| 397 | McGrath, Tamara | 06/09/2006 | 0.9 | Calculate DIP fees and interest in $130M facility compared to $70M facility to determine additional liquidity provided. |
| 404 | Dasari, Bindu | 06/10/2006 | 0.5 | Correspondence and analysis of DIP budget to project balance at Emergence. |
| 408 | Dasari, Bindu | 06/11/2006 | 0.5 | Revisions to DIP / Plan Sponsors section of Committee preparation. |
| 412 | Hinkelman, Andrew | 06/11/2006 | 0.6 | Review and analysis of DIP objection motion |
| 424 | Orr, Jon | 06/12/2006 | 2.5 | Review DIP objection motion and provide comments. |
| 425 | Orr, Jon | 06/12/2006 | 2.1 | Prepare for Katari deposition. |
| 429 | Dasari, Bindu | 06/13/2006 | 1.0 | Read Committee Objection to DIP Motion. |
| 433 | Hinkelman, Andrew | 06/13/2006 | 2.4 | Review and analysis of competitive DIP and term sheets |
| 439 | Star, Samuel | 06/13/2006 | 0.7 | Telephone call with D. Neier (WS) re: exit strategy and DIP hearing testimony. |
| 438 | Star, Samuel | 06/13/2006 | 0.9 | Discussions with A. Hinkelman (FTI) re: DIP hearing testimony, DIP/POR alternative. |
| 448 | Orr, Jon | 06/14/2006 | 3.4 | Prepare for and participate in DIP objection call. |
| 447 | Orr, Jon | 06/14/2006 | 1.1 | Review and update analysis of unencumbered assets. |
| 450 | Star, Samuel | 06/14/2006 | 0.7 | Discussion with A. Hinkelman (FTI) and J. Orr (FTI) re: depositions. |
| 457 | Hinkelman, Andrew | 06/15/2006 | 1.8 | Telephone call with prospective DIP and Financing provider |
| 458 | McGrath, Tamara | 06/15/2006 | 0.6 | Discuss status of DIP objection and strategy with J. Orr (FTI). |
| 459 | McGrath, Tamara | 06/15/2006 | 0.8 | Review DIP objection. |
| 462 | Orr, Jon | 06/15/2006 | 1.4 | Review Debtors' budget to actual for DIP budget and provide comments. |
| 461 | Orr, Jon | 06/15/2006 | 1.1 | Review Debtors' cash flow budget to determine length of time they could last without borrowing on DIP. |
| 463 | Orr, Jon | 06/15/2006 | 2.1 | Update analysis of unencumbered assets. |
| 464 | Orr, Jon | 06/15/2006 | 1.3 | Update DIP need analysis. |
| 466 | Star, Samuel | 06/15/2006 | 2.0 | Prepare for DIP hearing testimony. |
| 465 | Star, Samuel | 06/15/2006 | 0.6 | Meeting with WS re: DIP hearing testimony. |
| 475 | Dasari, Bindu | 06/16/2006 | 0.7 | Read and review newly received term sheets from alternative DIP sponsors. |
| 489 | Orr, Jon | 06/16/2006 | 0.5 | Respond to Debtors discovery requests. |
| 492 | Star, Samuel | 06/16/2006 | 1.2 | Discussions with J. Orr (FTI) re: potential testimony exhibits. |
| 493 | Star, Samuel | 06/16/2006 | 0.8 | Conference call with WS re: deposition/testimony. |
| 501 | Hinkelman, Andrew | 06/18/2006 | 1.3 | Review analysis of unencumbered assets |
| 504 | Orr, Jon | 06/18/2006 | 1.1 | Summarize alternative DIP/plan term sheets. |

**Silicon Graphic's Inc. Unsecured Creditor Committee**
**FTI Consulting, Inc. Detailed Time Statement**
**For the Period May 18, 2006 Through September 19, 2006**

| Rec # | Professional | Date | Hours Billed | Description |
|-------|-------------|------|--------------|-------------|

## Analyze DIP Facility Matters

| Rec # | Professional | Date | Hours Billed | Description |
|-------|-------------|------|--------------|-------------|
| 506 | Star, Samuel | 06/18/2006 | 0.5 | Telephone call with A. Hinkelman (FTI) re: alterative DIP financing, plan sponsors. |
| 516 | McGrath, Tamara | 06/19/2006 | 1.4 | Review deposition of S. Star (FTI) for additional analysis required. |
| 519 | Orr, Jon | 06/19/2006 | 1.5 | Analyze Debtors Revised DIP budget and provide comments. |
| 532 | Hinkelman, Andrew | 06/20/2006 | 0.8 | Review and analysis of Divest Capital's term sheet. |
| 534 | McGrath, Tamara | 06/20/2006 | 0.6 | Evaluate covenant requirements and discuss with J. Orr (FTI) and S. Star (FTI). |
| 536 | Orr, Jon | 06/20/2006 | 2.1 | Analyze Debtors revised DIP budget and provide comments. |
| 543 | Hinkelman, Andrew | 06/21/2006 | 0.7 | Prepare for and call with WS re: proposed settlement and DIP structure. |
| 554 | Star, Samuel | 06/21/2006 | 0.1 | Telephone call with E. Sagerman (WS) re: DIP financing covenant tests. |
| 557 | Hinkelman, Andrew | 06/22/2006 | 1.2 | Calls Private Equity firms re: potential interest in financing a new deal. |
| 558 | Hinkelman, Andrew | 06/22/2006 | 0.8 | Review and analysis of revised DIP amount and up streaming of foreign cash. |
| 567 | Eisenband, Michael | 06/27/2006 | 0.8 | Review status of DIP agreement. |
| | | **Total For Activity** | **179.8** | |

## Analyze Exit Financing Matters

| Rec # | Professional | Date | Hours Billed | Description |
|-------|-------------|------|--------------|-------------|
| 959 | McGrath, Tamara | 08/09/2006 | 0.7 | Prepare for and call with J. Mesterharm (JALLP), C. Hanson (SGI), and A. Hinkelman (FTI) regarding status of exit financing and operations. |
| 960 | McGrath, Tamara | 08/09/2006 | 2.1 | Prepare Committee report regarding exit financing, factors that may impact emergence and other issues, including review of requirements of settlement agreement with respect to exit financing. |
| 983 | Star, Samuel | 08/09/2006 | 0.1 | Review exit financing alternatives. |
| 948 | Hinkelman, Andrew | 08/10/2006 | 0.6 | Review open matters related to exit financing. |
| 963 | McGrath, Tamara | 08/10/2006 | 0.6 | Follow up with J. Mesterharm (APLLP) regarding exit financing loan amounts. |
| 953 | Hinkelman, Andrew | 08/30/2006 | 1.1 | Review exit financing matters. |
| 1126 | McGrath, Tamara | 09/06/2006 | 1.5 | Review and analysis of exit financing motion. |
| 1131 | McGrath, Tamara | 09/13/2006 | 0.8 | Review and analyze terms of exit financing proposal. |
| 1134 | McGrath, Tamara | 09/14/2006 | 2.2 | Analyze exit financing terms and covenants compared to disclosure statement forecast. |
| 1156 | Star, Samuel | 09/14/2006 | 0.2 | Discussion with team re: exit financing. |
| 1158 | Star, Samuel | 09/15/2006 | 0.1 | Review exit financing summary. |
| | | **Total For Activity** | **10.0** | |

## Participate in Negotiation and Formulation of Plan of Reorganization

| Rec # | Professional | Date | Hours Billed | Description |
|-------|-------------|------|--------------|-------------|
| 69 | Star, Samuel | 05/22/2006 | 1.0 | Telephone calls with potential investors. |
| 112 | Hinkelman, Andrew | 05/24/2006 | 2.2 | Calls Private Equity firms re: potential interest in financing a new deal. |

**Silicon Graphic's Inc. Unsecured Creditor Committee**
**FTI Consulting, Inc. Detailed Time Statement**
**For the Period May 18, 2006 Through September 19, 2006**

| Rec # | Professional | Date | Hours Billed | Description |
|-------|-------------|------|--------------|-------------|

## Participate in Negotiation and Formulation of Plan of Reorganization

| Rec # | Professional | Date | Hours Billed | Description |
|-------|-------------|------|--------------|-------------|
| 128 | Star, Samuel | 05/24/2006 | 0.6 | Telephone calls with potential investors. |
| 162 | Star, Samuel | 05/25/2006 | 0.3 | Telephone call with potential bidder. |
| 161 | Star, Samuel | 05/25/2006 | 0.6 | Review and discuss exit strategy. |
| 160 | Star, Samuel | 05/25/2006 | 1.0 | Prepare for and call with WS re: exit strategy. |
| 195 | Star, Samuel | 05/26/2006 | 0.2 | Telephone call with potential investor. |
| 237 | Star, Samuel | 05/30/2006 | 0.5 | Review lock-up agreement. |
| 274 | Star, Samuel | 05/31/2006 | 0.8 | Conference call with WS and Cray Note bondholders re: exit strategy. |
| 276 | Star, Samuel | 05/31/2006 | 0.6 | Review and discuss exit strategy. |
| 275 | Star, Samuel | 05/31/2006 | 0.9 | Meet with A. Sammett (BS) re: POR issues. |
| 297 | Star, Samuel | 06/01/2006 | 0.2 | Review and discuss potential buyers. |
| 305 | McGrath, Tamara | 06/02/2006 | 1.3 | Review and discuss analysis needed to support Committee strategy, including valuation, cash flow and DIP facility. |
| 334 | Hinkelman, Andrew | 06/06/2006 | 0.8 | Participate in meeting with Golden Gate Capital re: level of interest in SGI and willingness to either partner with another financial buyer or moving forward independently |
| 357 | Hinkelman, Andrew | 06/07/2006 | 0.8 | Prepare for and call with AP re: possible exit strategies to maximize returns to the unsecured creditors |
| 364 | Star, Samuel | 06/07/2006 | 0.3 | Telephone call with D. Neier (WS) re: exit strategy. |
| 365 | Star, Samuel | 06/07/2006 | 0.5 | Review and discuss proposed term sheet. |
| 366 | Star, Samuel | 06/07/2006 | 0.5 | Develop exit scenarios. |
| 370 | Dasari, Bindu | 06/08/2006 | 2.5 | Create and prepare Unsecured Recovery Analysis. |
| 371 | Dasari, Bindu | 06/08/2006 | 0.5 | Meeting with team member to discuss collateral structure in relation to recovery analysis. |
| 369 | Dasari, Bindu | 06/08/2006 | 1.5 | Team meeting to discuss preparation of recovery analysis. |
| 375 | Hinkelman, Andrew | 06/08/2006 | 0.7 | Review and develop alternative exit plan for unsecured creditors |
| 379 | Orr, Jon | 06/08/2006 | 1.9 | Review and plan preliminary recovery analysis. |
| 381 | Star, Samuel | 06/08/2006 | 2.2 | Meetings with B. Dasari (FTI) and J. Orr (FTI) re: recovery analysis. |
| 380 | Star, Samuel | 06/08/2006 | 1.7 | Review draft of POR counter proposals. |
| 382 | Star, Samuel | 06/08/2006 | 0.6 | Review restructuring agreement. |
| 387 | Dasari, Bindu | 06/09/2006 | 0.8 | Prepare report for Committee call on potential recovery analysis, proposed term sheet and DIP update. |
| 389 | Dasari, Bindu | 06/09/2006 | 2.5 | Recovery analysis to unsecured based on a range of enterprise value. |
| 391 | Dasari, Bindu | 06/09/2006 | 0.6 | Review and update proposed counter proposal to Debtor Plan. |
| 390 | Dasari, Bindu | 06/09/2006 | 1.0 | Meeting with S. Star (FTI) to discuss recovery analysis. |
| 400 | Star, Samuel | 06/09/2006 | 0.6 | Review draft counter proposal on POR. |

**Silicon Graphic's Inc. Unsecured Creditor Committee**
**FTI Consulting, Inc. Detailed Time Statement**
**For the Period May 18, 2006 Through September 19, 2006**

| Rec # | Professional | Date | Hours Billed | Description |
|-------|-------------|------|--------------|-------------|
| | | | | |

### Participate in Negotiation and Formulation of Plan of Reorganization

| Rec # | Professional | Date | Hours Billed | Description |
|-------|-------------|------|--------------|-------------|
| 401 | Star, Samuel | 06/09/2006 | 0.9 | Review recovery analysis. |
| 402 | Star, Samuel | 06/09/2006 | 1.2 | Conference call with WS re: recovery analysis, counter proposal and DIP objection. |
| 403 | Dasari, Bindu | 06/10/2006 | 0.7 | Prepare Committee preparation of recovery analysis, prepare counter proposal and DIP update. |
| 406 | Dasari, Bindu | 06/11/2006 | 0.5 | Call with S. Star (FTI) to discuss revisions to POR analysis. |
| 407 | Dasari, Bindu | 06/11/2006 | 0.8 | Edits and revisions to POR analysis. |
| 409 | Dasari, Bindu | 06/11/2006 | 1.0 | Unsecured Creditor recovery analysis - revisions. |
| 414 | Star, Samuel | 06/11/2006 | 0.4 | Review report to Committee re: exit strategy. |
| 415 | Star, Samuel | 06/11/2006 | 0.3 | Telephone call with A. Hinkelman (FTI) re: exit strategy. |
| 416 | Star, Samuel | 06/11/2006 | 0.3 | Telephone call with B. Dasari (FTI) re: recovery analysis. |
| 417 | Star, Samuel | 06/11/2006 | 0.3 | Review Cerberus term sheet. |
| 421 | Dasari, Bindu | 06/12/2006 | 0.4 | Discussions with S. Star (FTI) on recovery analysis. |
| 422 | Dasari, Bindu | 06/12/2006 | 0.4 | Call with WS on recovery analysis and case items. |
| 420 | Dasari, Bindu | 06/12/2006 | 0.5 | Discussions with J. Orr (FTI) on recovery analysis. |
| 419 | Dasari, Bindu | 06/12/2006 | 2.3 | Recovery analysis - revisions based on new information. |
| 440 | Star, Samuel | 06/13/2006 | 0.4 | Review analysis of unencumbered assets. |
| 442 | Dasari, Bindu | 06/14/2006 | 2.0 | Update recovery analysis based on new assumptions and re-send recovery analysis to team. |
| 446 | Hofstad, Ivo | 06/14/2006 | 0.5 | Prepared historical bond and stock price analysis. |
| 453 | Dasari, Bindu | 06/15/2006 | 11.0 | Participate in negotiations on recoveries to Unsecured with Secured Bondholders, Debtor present. |
| 454 | Dasari, Bindu | 06/15/2006 | 1.5 | Revisions and update to recovery analysis and potential ask for meeting with Debtor and Secured Bondholders. |
| 471 | Star, Samuel | 06/15/2006 | 9.0 | Various meetings and discussions with Debtor advisors, senior notes, Cray Bonds and Committee counsel to negotiate POR settlement. |
| 467 | Star, Samuel | 06/15/2006 | 0.9 | Revise recovery analysis. |
| 468 | Star, Samuel | 06/15/2006 | 0.7 | Review unencumbered asset pool |
| 469 | Star, Samuel | 06/15/2006 | 0.8 | Develop POR counter proposals. |
| 470 | Star, Samuel | 06/15/2006 | 0.7 | Meeting with WS re: POR counter proposals. |
| 495 | Star, Samuel | 06/16/2006 | 0.6 | Discussion with B. Dasari (FTI) re: warrant valuation scenarios. |
| 496 | Star, Samuel | 06/16/2006 | 0.9 | Telephone calls with Committee members re: settlement discussions. |
| 497 | Star, Samuel | 06/16/2006 | 1.3 | Prepare for and call with Committee re: settlement discussions. |
| 498 | Star, Samuel | 06/16/2006 | 0.2 | Prepare for and call with Committee and Cray Bond counsel re: settlement discussions. |
| 499 | Star, Samuel | 06/16/2006 | 0.7 | Review and discussions re: settlement negotiations. |

**Silicon Graphic's Inc. Unsecured Creditor Committee**
**FTI Consulting, Inc. Detailed Time Statement**
**For the Period May 18, 2006 Through September 19, 2006**

| Rec # | Professional | Date | Hours Billed | Description |
|-------|-------------|------|--------------|-------------|

## Participate in Negotiation and Formulation of Plan of Reorganization

| Rec # | Professional | Date | Hours Billed | Description |
|-------|-------------|------|--------------|-------------|
| 494 | Star, Samuel | 06/16/2006 | 0.7 | Review and discussion re: warrant analysis. |
| 508 | Dasari, Bindu | 06/19/2006 | 1.5 | Analysis of settlement and recovery to unsecured trade. |
| 509 | Eisenband, Michael | 06/19/2006 | 0.5 | Review status of negotiations. |
| 522 | Star, Samuel | 06/19/2006 | 0.8 | Conference call with Committee re: settlement discussions. |
| 523 | Star, Samuel | 06/19/2006 | 2.1 | Various calls with advisors to Debtor, Senior Notes and Cray bonds re: potential settlements. |
| 524 | Star, Samuel | 06/19/2006 | 0.9 | Develop potential Cray Notes ask analysis. |
| 526 | Dasari, Bindu | 06/20/2006 | 3.5 | Prepare analysis to determine settlement of recovery to unsecured based on changing claims pool. |
| 527 | Dasari, Bindu | 06/20/2006 | 0.7 | Discussions with S. Star (FTI) on recovery analysis. |
| 528 | Eisenband, Michael | 06/20/2006 | 1.0 | Review status of negotiations. |
| 533 | Hinkelman, Andrew | 06/20/2006 | 0.9 | Review and discuss status re: DRAM litigation. |
| 539 | Star, Samuel | 06/20/2006 | 11.5 | Various meetings with Debtor, Committee counsel, Senior Notes and Cray Bonds to negotiate POR settlement. |
| 538 | Star, Samuel | 06/20/2006 | 0.5 | Conference call with Committee re: settlement negotiations. |
| 542 | Dasari, Bindu | 06/21/2006 | 0.8 | Committee call to discuss settlement. |
| 541 | Dasari, Bindu | 06/21/2006 | 0.9 | Review latest potential settlement correspondence |
| 544 | Hinkelman, Andrew | 06/21/2006 | 0.8 | Prepare for and call with BS re: estimated administrative costs and projected contract cure amounts. |
| 556 | Star, Samuel | 06/21/2006 | 0.4 | Review and discuss Cray recovery. |
| 555 | Star, Samuel | 06/21/2006 | 0.2 | Telephone call with D. Neier (WS) re: recovery analysis. |
| 559 | Star, Samuel | 06/22/2006 | 1.1 | Review POR term sheet/global settlement and communicate comments to counsel. |
| 560 | Star, Samuel | 06/22/2006 | 1.0 | Review and discussion of POR issues. |
| 561 | Star, Samuel | 06/23/2006 | 1.1 | Review revised draft of POR term sheet and settlement agreement and provide comments to counsel. |
| 562 | Hinkelman, Andrew | 06/26/2006 | 2.0 | Review and analysis of plan and disclosure statement. |
| 568 | Hinkelman, Andrew | 06/27/2006 | 2.2 | Review and analysis of plan and disclosure statement. |
| 574 | Star, Samuel | 06/28/2006 | 2.2 | Review POR and provide comments to counsel. |
| 603 | Star, Samuel | 07/05/2006 | 0.7 | Review revised POR/DS drafts. |
| 605 | Star, Samuel | 07/06/2006 | 0.3 | Telephone call with S. Schwartz re: POR. |
| 604 | Star, Samuel | 07/06/2006 | 0.3 | Review revised POR. |
| 606 | Hinkelman, Andrew | 07/07/2006 | 2.0 | Review revised Plan of Reorganization. |
| 607 | Star, Samuel | 07/14/2006 | 1.0 | Review counsel comments to POR/DS. |
| 608 | Hinkelman, Andrew | 07/20/2006 | 1.4 | Review and analysis of revised plan and disclosure statement |

**Silicon Graphic's Inc. Unsecured Creditor Committee**
**FTI Consulting, Inc. Detailed Time Statement**
**For the Period May 18, 2006 Through September 19, 2006**

| Rec # | Professional | Date | Hours Billed | Description |
|---|---|---|---|---|

## Participate in Negotiation and Formulation of Plan of Reorganization

| Rec # | Professional | Date | Hours Billed | Description |
|---|---|---|---|---|
| 609 | Star, Samuel | 07/21/2006 | 0.2 | Review recovery analysis. |
| 610 | Star, Samuel | 07/21/2006 | 0.2 | Review e-mail correspondence from Committee members re: POR. |
| 611 | Star, Samuel | 07/21/2006 | 0.3 | Telephone call with S. Schwartz re: revised POR/DS. |
| 612 | Star, Samuel | 07/23/2006 | 1.1 | Review revised POR/DS. |
| 613 | Star, Samuel | 07/23/2006 | 0.9 | Provide comments to counsel on revised POR/DS. |
| 989 | Star, Samuel | 08/10/2006 | 0.6 | Review confirmation timetable and follow-up items. |
| 992 | Star, Samuel | 08/11/2006 | 1.0 | Review final changes to POR/DS and identify follow up items. |
| 954 | Hinkelman, Andrew | 08/30/2006 | 1.8 | Review and analysis of plan supplement. |
| 997 | Star, Samuel | 08/31/2006 | 0.3 | Review certain Plan Supplement documents. |
| 1142 | Star, Samuel | 09/06/2006 | 1.0 | Conference call with Debtors re: claims analysis, preference analysis and other confirmation issues. |
| 1161 | Star, Samuel | 09/18/2006 | 0.3 | Review correspondence from counsel re: plan confirmation issues. |
| 1160 | Star, Samuel | 09/18/2006 | 2.5 | Review plan modifications, confirmation order and related documents. |
| 1162 | Star, Samuel | 09/19/2006 | 1.0 | Attend confirmation hearing. |
| | | **Total For Activity** | **125.6** | |

## Review of Disclosure Statement

| Rec # | Professional | Date | Hours Billed | Description |
|---|---|---|---|---|
| 572 | Orr, Jon | 06/28/2006 | 3.1 | Review Plan and Disclosure Statement and provide comments. |
| 575 | Star, Samuel | 06/28/2006 | 0.2 | Telephone call with J. Orr (FTI) re: disclosure statement. |
| 576 | Star, Samuel | 06/28/2006 | 1.9 | Review Disclosure Statement and provide comments to counsel. |
| 578 | Orr, Jon | 06/29/2006 | 1.6 | Review plan and disclosure statement, discussion with Debtors regarding comments. |
| 579 | Star, Samuel | 06/29/2006 | 0.4 | Conference call with J. Orr (FTI) re: disclosure statement. |
| 581 | McGrath, Tamara | 06/30/2006 | 1.2 | Review financial projections provided to satisfy feasibility analysis. |
| 614 | Hinkelman, Andrew | 07/05/2006 | 1.0 | Review Disclosure Statement and liquidation analysis. |
| 615 | Orr, Jon | 07/06/2006 | 0.8 | Review liquidation analysis. |
| 616 | Star, Samuel | 07/06/2006 | 0.5 | Review revised disclosure statement and exhibits. |
| 617 | Star, Samuel | 07/07/2006 | 0.7 | Review revised disclosure statement. |
| 619 | Star, Samuel | 07/10/2006 | 0.4 | Telephone calls with D. Neirer re: comments/questions on disclosure statement. |
| 618 | Star, Samuel | 07/10/2006 | 1.6 | Review revised disclosure statement. |
| 620 | Star, Samuel | 07/19/2006 | 0.1 | Telephone call with A. Hinkelman re: disclosure statement. |
| 621 | Hinkelman, Andrew | 07/20/2006 | 0.5 | Discussed disclosure statement with S. Star |
| 622 | Star, Samuel | 07/20/2006 | 0.5 | Telephone call with A. Hinkelman re: disclosure statement comments. |

**Silicon Graphic's Inc. Unsecured Creditor Committee**
**FTI Consulting, Inc. Detailed Time Statement**
**For the Period May 18, 2006 Through September 19, 2006**

| Rec # | Professional | Date | Hours Billed | Description |
|---|---|---|---|---|

### Review of Disclosure Statement

| Rec # | Professional | Date | Hours Billed | Description |
|---|---|---|---|---|
| 623 | Eisenband, Michael | 07/27/2006 | 0.4 | Review key dates from disclosure statement. |
| 624 | Eisenband, Michael | 07/27/2006 | 0.9 | Review disclosure statement issues. |
| 940 | Eisenband, Michael | 08/03/2006 | 0.5 | Review Disclosure Statement issues. |
| 1149 | Star, Samuel | 09/11/2006 | 0.2 | Review plan supplement documents. |
| | | **Total For Activity** | **16.5** | |

### Preparation of Miscellaneous Financial Analyses

| Rec # | Professional | Date | Hours Billed | Description |
|---|---|---|---|---|
| 41 | Dasari, Bindu | 05/22/2006 | 1.8 | Review and discuss Bear Stearns fee structure per retention motion. |
| 101 | Star, Samuel | 05/23/2006 | 0.3 | Review Bear Stearns engagement letter. |
| 164 | Star, Samuel | 05/25/2006 | 0.7 | Review and discuss Bear Stearns retention. |
| 163 | Star, Samuel | 05/25/2006 | 0.6 | Review Bear Stearns retention agreement. |
| 196 | Star, Samuel | 05/26/2006 | 0.9 | Review and discuss Bear Stearns retention application. |
| 201 | McGrath, Tamara | 05/27/2006 | 0.3 | Analyze historical profitability. |
| 231 | Orr, Jon | 05/30/2006 | 1.3 | Review historical SEC filings for commentary on historical financial performance. |
| 242 | Appell, Wesley | 05/31/2006 | 0.6 | Update yearly income statements to incorporate ratio analysis. |
| 243 | Appell, Wesley | 05/31/2006 | 1.0 | Prepare schedule of yearly income statements and ratios. |
| 262 | McGrath, Tamara | 05/31/2006 | 0.7 | Prepare historical financial analysis for presentation to Committee. |
| 261 | McGrath, Tamara | 05/31/2006 | 1.0 | Develop historical financial analysis for presentation to Committee. |
| 267 | Orr, Jon | 05/31/2006 | 2.1 | Prepare consolidating balance sheet summary for Debtor and Non Debtor entities. |
| 324 | Orr, Jon | 06/05/2006 | 1.3 | Prepare for and participate on call with Debtors to discuss foreign entities. |
| 343 | Orr, Jon | 06/06/2006 | 0.6 | Review foreign entities and develop plan for analysis. |
| 361 | Orr, Jon | 06/07/2006 | 0.7 | Review and modify analysis of foreign entity profit and loss statements. |
| | | **Total For Activity** | **13.9** | |

### Analyze Short-Term Cash Flow Projections

| Rec # | Professional | Date | Hours Billed | Description |
|---|---|---|---|---|
| 14 | Hinkelman, Andrew | 05/19/2006 | 2.8 | Review cash flow projections. |
| 46 | Hinkelman, Andrew | 05/22/2006 | 1.8 | Review and analysis of first day motions and initial cash flow forecasts. |
| 47 | Hinkelman, Andrew | 05/22/2006 | 1.1 | Review and analysis of cash management motions and attached cash forecasts. |
| 56 | McGrath, Tamara | 05/22/2006 | 0.3 | Review assumptions in DIP cash flow budget. |
| 82 | Hinkelman, Andrew | 05/23/2006 | 1.8 | Review analysis of Company's cash forecasts and detailed assumptions. |
| 92 | McGrath, Tamara | 05/23/2006 | 1.3 | Review cash flow assumptions in DIP Budget. |

**Silicon Graphic's Inc. Unsecured Creditor Committee**
**FTI Consulting, Inc. Detailed Time Statement**
**For the Period May 18, 2006 Through September 19, 2006**

| Rec # | Professional | Date | Hours Billed | Description |
|-------|--------------|------|--------------|-------------|

## Analyze Short-Term Cash Flow Projections

| Rec # | Professional | Date | Hours Billed | Description |
|-------|--------------|------|--------------|-------------|
| 113 | Hinkelman, Andrew | 05/24/2006 | 1.1 | Prepare for and call with WS re: Cash Management motion. |
| 114 | Hinkelman, Andrew | 05/24/2006 | 1.4 | Review analysis of Company's cash forecasts and detailed assumptions. |
| 122 | McGrath, Tamara | 05/24/2006 | 2.0 | Prepare for and call with L. Leonard (AP) re: DIP budget assumptions. |
| 121 | McGrath, Tamara | 05/24/2006 | 1.1 | Analyze DIP budget compared to actuals. |
| 130 | Barach, Jonathan | 05/25/2006 | 3.2 | Update projected cash flows. |
| 137 | Eisenband, Michael | 05/25/2006 | 0.7 | Review 13 week cash flow budget. |
| 142 | Hinkelman, Andrew | 05/25/2006 | 0.8 | Review and analysis of minimum cash balances at foreign locations. |
| 143 | Hinkelman, Andrew | 05/25/2006 | 1.4 | Prepare for and call with Debtors' Financial Advisor re: domestic and foreign cash management system. |
| 152 | McGrath, Tamara | 05/25/2006 | 0.5 | Identify non-recurring items in DIP Budget. |
| 153 | McGrath, Tamara | 05/25/2006 | 0.9 | Prepare cash flow analysis for Committee presentation. |
| 167 | Barach, Jonathan | 05/26/2006 | 3.2 | Prepare analyses for unsecured creditors presentation. |
| 165 | Barach, Jonathan | 05/26/2006 | 3.2 | Prepare summary monthly financials for actual and projected cash flows. |
| 166 | Barach, Jonathan | 05/26/2006 | 3.4 | Update projected cash flows based on revised FTI expense assumptions. |
| 186 | McGrath, Tamara | 05/26/2006 | 1.1 | Analyze historical cash flows and prepare for presentation to Committee. |
| 185 | McGrath, Tamara | 05/26/2006 | 3.0 | Analyze historical cash flow trends compared to forecast. |
| 187 | McGrath, Tamara | 05/26/2006 | 1.2 | Analyze projected cash flows in DIP budget and prepare for presentation to Committee. |
| 206 | Barach, Jonathan | 05/30/2006 | 3.8 | Implemented new cash flow numbers into summary schedules. |
| 207 | Barach, Jonathan | 05/30/2006 | 2.1 | Update cash flow analysis based on Debtors' new figures and alternate assumptions. |
| 217 | Hinkelman, Andrew | 05/30/2006 | 1.2 | Review analysis of Company's cash forecasts and detailed assumptions. |
| 216 | Hinkelman, Andrew | 05/30/2006 | 0.5 | Prepare for and call with WS re: cash management objection motion. |
| 253 | Hinkelman, Andrew | 05/31/2006 | 1.4 | Review and analysis of revised cash flow forecast and related assumptions. |
| 252 | Hinkelman, Andrew | 05/31/2006 | 1.8 | Review and discuss foreign cash accounts and flow of funds. |
| 277 | Star, Samuel | 05/31/2006 | 1.2 | Review cash flow analysis. |
| 303 | Hinkelman, Andrew | 06/02/2006 | 0.8 | Review updated cash flows and related assumptions. |
| 317 | Hinkelman, Andrew | 06/05/2006 | 1.1 | Review and analysis of revised cash flow projections |
| 318 | Hinkelman, Andrew | 06/05/2006 | 0.9 | Prepare for and call with WS re: 13 week cash flows and cash management motion |
| 326 | Barach, Jonathan | 06/06/2006 | 2.8 | Prepare cash flow analysis, variance calculations and actual and projected averages |
| 327 | Barach, Jonathan | 06/06/2006 | 3.2 | Performed Cash flow analysis, variance calculations and actual and projected averages |
| 338 | McGrath, Tamara | 06/06/2006 | 0.7 | Phone call with L. Leonard (AP) regarding revisions to cash flow projections. |

**Silicon Graphic's Inc. Unsecured Creditor Committee**
**FTI Consulting, Inc. Detailed Time Statement**
**For the Period May 18, 2006 Through September 19, 2006**

| Rec # | Professional | Date | Hours Billed | Description |
|-------|-------------|------|--------------|-------------|

### Analyze Short-Term Cash Flow Projections

| Rec # | Professional | Date | Hours Billed | Description |
|-------|-------------|------|--------------|-------------|
| 339 | McGrath, Tamara | 06/06/2006 | 0.4 | Review and analyze cash flow variances for the first three weeks of the DIP budget period. |
| 337 | McGrath, Tamara | 06/06/2006 | 2.7 | Review and analyze cash flow projections compared to historical trends. |
| 358 | Hinkelman, Andrew | 06/07/2006 | 1.2 | Prepare for and call with AP and Debtors' Treasurer to continue cash management analysis and revised cash flows |
| 359 | Hinkelman, Andrew | 06/07/2006 | 0.5 | Prepare for and call with WS re: objection to cash management and DIP motions |
| 376 | Hinkelman, Andrew | 06/08/2006 | 0.6 | Review actual v. plan weekly cash flow results |
| 377 | McGrath, Tamara | 06/08/2006 | 2.9 | Analyze budget projections compared to historical actuals. Analyze trends over various periods of time to evaluate reasonable go-forward assumptions. |
| 383 | Barach, Jonathan | 06/09/2006 | 1.6 | Update cash flow variance analysis for week of June 2 actuals. |
| 451 | Barach, Jonathan | 06/15/2006 | 1.2 | Update cash flow variance analysis. |
| 460 | McGrath, Tamara | 06/15/2006 | 1.0 | Review and analyze budget to actuals through 6/9/06. |
| 513 | Hinkelman, Andrew | 06/19/2006 | 2.3 | Review and analysis revised cash flow forecast and DIP requirements; |
| 535 | McGrath, Tamara | 06/20/2006 | 0.5 | Review cumulative budget to actual cash flows and evaluate impact on budget. |
| 546 | Hinkelman, Andrew | 06/21/2006 | 0.5 | Review and discuss weekly cash flow forecast. |
| 545 | Hinkelman, Andrew | 06/21/2006 | 1.1 | Review cash management procedures motion. |
| 955 | McGrath, Tamara | 08/02/2006 | 0.8 | Review and analysis of cash flows for the four weeks ended 7/28/06. |
| 957 | McGrath, Tamara | 08/03/2006 | 1.3 | Compare update cash flow forecast as of 7/10/06 with original forecast submitted with DIP Motion. |
| 999 | Yang, Danhua | 08/03/2006 | 1.5 | Review and analysis of budget to actual cash flows. |
| 961 | McGrath, Tamara | 08/09/2006 | 0.4 | Prepare for and call with S. Star (FTI) and A. Hinkelman (FTI) to discuss cash results and Committee report. |
| 984 | Star, Samuel | 08/09/2006 | 0.3 | Review cash flow analysis. |
| 968 | McGrath, Tamara | 08/25/2006 | 1.7 | Review and analysis of budget to actual cash flows for the three weeks ending 8/18/06. |
| 1000 | Yang, Danhua | 08/25/2006 | 2.3 | Update cash flow analysis with the most recent financial data. |
| 1001 | Yang, Danhua | 08/29/2006 | 0.4 | Update cash flow analysis with the most recent financial data. |
| 976 | McGrath, Tamara | 08/31/2006 | 0.4 | Review and analysis of budget to actual cash flows for the three weeks ending 8/25/06. |
| | | **Total For Activity** | **84.4** | |

### Firm Retention

| Rec # | Professional | Date | Hours Billed | Description |
|-------|-------------|------|--------------|-------------|
| 26 | Star, Samuel | 05/19/2006 | 0.6 | Review and discuss FTI retention documents |
| 77 | Davis, Jordan | 05/23/2006 | 1.3 | Prepared list of parties to be used in conflicts check |
| 108 | Davis, Jordan | 05/24/2006 | 3.4 | Reviewed conflicts check materials |

## Silicon Graphic's Inc. Unsecured Creditor Committee
### FTI Consulting, Inc. Detailed Time Statement
### For the Period May 18, 2006 Through September 19, 2006

| Rec # | Professional | Date | Hours Billed | Description |
|-------|-------------|------|--------------|-------------|
| **Firm Retention** | | | | |
| 250 | Davis, Jordan | 05/31/2006 | 3.0 | Prepare list for conflicts check |
| 281 | Davis, Jordan | 06/01/2006 | 3.3 | Reviewed Conflicts check materials |
| 310 | Amico, Marc | 06/05/2006 | 8.0 | Perform conflict check on related entities of Company by determining if FTI is performing client service with these entities. |
| 314 | Davis, Jordan | 06/05/2006 | 0.6 | Reviewed conflicts check procedures. |
| 325 | Amico, Marc | 06/06/2006 | 3.1 | Perform conflict check on related entities of Company by determining if FTI is performing client service with these entities. |
| 392 | Davis, Jordan | 06/09/2006 | 4.3 | Prepare affidavit, application and exhibits for retention |
| 625 | Star, Samuel | 07/07/2006 | 0.2 | Telephone call with M. Grillo re: retention application. |
| 626 | Star, Samuel | 07/07/2006 | 0.2 | Discussions with M. Eisenband re: retention application. |
| 627 | Star, Samuel | 07/10/2006 | 0.8 | Telephone calls with D. Neirer and M. Grillo re: retention application. |
| 628 | Star, Samuel | 07/10/2006 | 0.2 | Discussions with M. Eisenband re: retention application. |
| 629 | Star, Samuel | 07/11/2006 | 0.9 | Discussion with M. Eisenband, G. Holtzer and D. Neirer re: retention. |
| 631 | Eisenband, Michael | 07/17/2006 | 0.5 | Telephone call with counsel re: retention. |
| 632 | Eisenband, Michael | 07/17/2006 | 0.4 | Read retention objections. |
| 630 | Eisenband, Michael | 07/17/2006 | 0.5 | Telephone call with secured notes counsel re: retention. |
| 634 | Eisenband, Michael | 07/19/2006 | 0.6 | Discussion of fee structure with S. Star |
| 633 | Eisenband, Michael | 07/19/2006 | 0.1 | Review retention issues. |
| 636 | Star, Samuel | 07/19/2006 | 0.6 | Discussion with M. Eisenband and K. Lavin re: fee structure. |
| 635 | Star, Samuel | 07/19/2006 | 2.6 | Preparation for and attendance at retention hearing. |
| 637 | Eisenband, Michael | 07/20/2006 | 0.6 | Review status of negotiations re: retention. |
| 638 | Eisenband, Michael | 07/21/2006 | 0.5 | Telephone call with secured noteholder counsel re: retention. |
| 639 | Star, Samuel | 07/21/2006 | 1.0 | Discussions with M. Eisenband and M. Grillo re: fee structure. |
| 640 | McGrath, Tamara | 07/27/2006 | 0.1 | Telephone call with S. Star re: bill. |
| 641 | Rosen, Adam | 07/27/2006 | 1.0 | Review first monthly fee application |
| 642 | Star, Samuel | 07/27/2006 | 0.1 | Telephone call with G. Holtz re: fee structure. |
| 643 | Eisenband, Michael | 07/28/2006 | 0.7 | Telephone call with Debtor re: revised compensation proposal. |
| 644 | Star, Samuel | 07/31/2006 | 0.2 | Discussion with G. Holtzer re: retention. |
| 980 | Star, Samuel | 08/04/2006 | 0.4 | Review and discuss retention issues. |
| 985 | Star, Samuel | 08/09/2006 | 0.5 | Review retention papers. |
| 990 | Star, Samuel | 08/10/2006 | 0.8 | Finalize revised retention payers. |
| 1139 | Star, Samuel | 09/05/2006 | 0.1 | Prepare for retention hearing. |
| 1144 | Star, Samuel | 09/06/2006 | 0.2 | Review modifications to retention order. |

**Silicon Graphic's Inc. Unsecured Creditor Committee**
**FTI Consulting, Inc. Detailed Time Statement**
**For the Period May 18, 2006 Through September 19, 2006**

| Rec # | Professional | Date | Hours Billed | Description |
|---|---|---|---|---|

## Firm Retention

| Rec # | Professional | Date | Hours Billed | Description |
|---|---|---|---|---|
| 1143 | Star, Samuel | 09/06/2006 | 0.8 | Attend retention hearing. |
| 1150 | Star, Samuel | 09/11/2006 | 0.4 | Prepare supplemental affidavit. |
| 1115 | Hain, Danielle | 09/13/2006 | 0.4 | Prepare supplemental affidavit. |
| 1154 | Star, Samuel | 09/13/2006 | 0.3 | Finalize supplemental affidavit. |
| 1114 | Eisenband, Michael | 09/18/2006 | 1.0 | Review confirmation status. |
| | | **Total For Activity** | **44.3** | |

## Prepare Monthly Invoice & Supporting Schedules

| Rec # | Professional | Date | Hours Billed | Description |
|---|---|---|---|---|
| 645 | Pearson, Linda | 07/05/2006 | 0.9 | Perform administrative duties. |
| 646 | Rosen, Adam | 07/06/2006 | 5.0 | Prepare May/June monthly fee statement |
| 647 | Pearson, Linda | 07/14/2006 | 0.5 | Perform administrative duties. |
| 648 | McGrath, Tamara | 07/27/2006 | 2.2 | Prepare invoice for May & June. |
| 649 | Pearson, Linda | 07/27/2006 | 0.5 | Perform administrative duties. |
| 650 | Star, Samuel | 07/27/2006 | 0.1 | Telephone call with T. McGrath re: bill. |
| 958 | McGrath, Tamara | 08/08/2006 | 0.3 | Review July monthly fee statement. |
| 965 | McGrath, Tamara | 08/11/2006 | 0.8 | Review July monthly fee statement. |
| 998 | Tomasevic, Nenad | 08/11/2006 | 2.0 | Preparation of monthly fee statement. |
| 967 | McGrath, Tamara | 08/14/2006 | 0.3 | Review July monthly fee statement. |
| 966 | McGrath, Tamara | 08/14/2006 | 0.6 | Follow up on details for May/June monthly fee statement and process revisions. |
| 993 | Star, Samuel | 08/14/2006 | 0.8 | Review July monthly fee statement. |
| 970 | McGrath, Tamara | 08/30/2006 | 0.4 | Review fee procedures order and format of monthly fee statement cover letter. |
| 1135 | Rosen, Adam | 09/05/2006 | 1.1 | Preparation of August monthly fee statement |
| 1148 | Star, Samuel | 09/07/2006 | 0.5 | Review monthly fee statements. |
| 1136 | Rosen, Adam | 09/11/2006 | 1.1 | Preparation and review of July monthly fee statement |
| | | **Total For Activity** | **17.1** | |

## Non-working Travel Time

| Rec # | Professional | Date | Hours Billed | Description |
|---|---|---|---|---|
| 362 | Orr, Jon | 06/07/2006 | 5.5 | Travel to NY from LAX for depositions |
| 399 | Orr, Jon | 06/09/2006 | 5.5 | Travel from NY to LAX from depositions. |
| 426 | Orr, Jon | 06/12/2006 | 1.5 | Travel from LAX to SF to depositions. |
| 435 | Orr, Jon | 06/13/2006 | 1.5 | Travel from SF to LAX from depositions. |
| 445 | Hinkelman, Andrew | 06/14/2006 | 4.0 | Travel to and from depositions. |

**Silicon Graphic's Inc. Unsecured Creditor Committee**
**FTI Consulting, Inc. Detailed Time Statement**
**For the Period May 18, 2006 Through September 19, 2006**

| Rec # | Professional | Date | Hours Billed | Description |
|-------|-------------|------|-------------|-------------|
| **Non-working Travel Time** | | | | |
| 1145 | Star, Samuel | 09/06/2006 | 0.7 | Travel time to/from retention hearing. |
| 1163 | Star, Samuel | 09/19/2006 | 0.9 | Travel time to/from confirmation hearing. |
| | | **Total For Activity** | **19.6** | |
| | | | | |
| **Grand Total of Hours** | | | **940.5** | |

# EXHIBIT F

**Silicon Graphic's Inc. Unsecured Creditor Committee**
**Summary of FTI Consulting, Inc. Expenses By Expense Type**
**For the Period May 18, 2006 Through September 19, 2006**

| Expense  Type | Total |
|---|---|
| Electronic Subscription | $290.54 |
| Lodging | $2,542.77 |
| Meals | $410.80 |
| Parking | $68.88 |
| Telecom | $210.99 |
| Transportation | $1,732.49 |
| **Total** | **$5,256.47** |

# EXHIBIT G

**Silicon Graphic's Inc. Unsecured Creditor Committee**
**FTI Consulting, Inc. Expense Detail**
**For the Period May 18, 2006 Through September 19, 2006**

| *Consultant* | *Date* | *Amount* | *Description of Expense* |
|---|---|---|---|
| **Expense Type: Electronic Subscriptions** | | | |
| Hinkelman, Andrew | 05/31/2006 | $189.66 | Reuters Research Inc. Reuters Research Inc. - Cust # FM0201, Period 05-01 thru 05-31 |
| Bellazain-Harris, She | 07/25/2006 | $100.88 | Pacer Service Center |
| Total For Expense Type | | $290.54 | |
| **Expense Type: Lodging** | | | |
| Hinkelman, Andrew | 06/11/2006 | $836.85 | 2 nights Hotel charge in New York |
| Hinkelman, Andrew | 06/11/2006 | $20.32 | Hotel service charge |
| Orr, Jon | 06/07/2006 | $9.99 | Hotel service charge |
| Orr, Jon | 06/09/2006 | 1,210.56 | 2 nights Hotel charge in New York |
| Orr, Jon | 06/09/2006 | $9.99 | Hotel service charge |
| Orr, Jon | 06/13/2006 | $455.06 | 1 night Hotel charge in San Fransisco |
| Total For Expense Type | | $2,542.77 | |
| **Expense Type: Meals** | | | |
| Hinkelman, Andrew | 05/26/2006 | $30.00 | Out of office lunch |
| Hinkelman, Andrew | 05/31/2006 | $7.26 | Out of office dinner |
| Orr, Jon | 05/22/2006 | $60.00 | Meal with T. McGrath (FTI) and J. Orr (FTI) |
| Hinkelman, Andrew | 06/04/2006 | $17.32 | Out of office lunch |
| Hinkelman, Andrew | 06/04/2006 | $30.00 | Out of office dinner |
| Hinkelman, Andrew | 06/04/2006 | $16.24 | Out of office lunch |
| Hinkelman, Andrew | 06/11/2006 | $30.00 | Out of office dinner |
| Hinkelman, Andrew | 06/12/2006 | $60.00 | Out of office dinner for A. Hinkelman (FTI) and L. Leonard (APLLP) |
| Hinkelman, Andrew | 06/15/2006 | $30.00 | Out of office dinner |
| McGrath, Tamara | 06/01/2006 | $80.95 | Breakfast with J Orr, A. Hinkelman during meeting with Debtor |
| Orr, Jon | 06/07/2006 | $27.58 | Dinner with Jon Orr (FTI) |
| Orr, Jon | 06/08/2006 | $21.45 | Breakfast with Jon Orr (FTI) |
| Total For Expense Type | | $410.80 | |
| **Expense Type: Parking** | | | |
| Dandekar, Manoj | 06/09/2006 | $30.00 | Parking at San Fransisco office for meeting with S. Garber (FTI). |

**Silicon Graphic's Inc. Unsecured Creditor Committee**
**FTI Consulting, Inc. Expense Detail**
**For the Period May 18, 2006 Through September 19, 2006**

| *Consultant* | *Date* | *Amount* | *Description of Expense* |
|---|---|---|---|
| **Expense Type:  Parking** | | | |
| Hinkelman, Andrew | 06/14/2006 | $38.88 | Parking |
| Total For  Expense  Type | | $68.88 | |
| | | | |
| **Expense Type:  Telecom** | | | |
| McGrath, Tamara | 06/01/2006 | $194.86 | Telephone conference charges at hotel for call with Debtor |
| Hinkelman, Andrew | 09/14/2006 | $16.13 | Internet Charges - Charlotte International Airport on 9/14/06 |
| Total For  Expense  Type | | $210.99 | |
| | | | |
| **Expense Type:  Transportation** | | | |
| Eisenband, Michael | 05/18/2006 | $4.00 | Transportation to/from Committee meeting. |
| Hinkelman, Andrew | 05/26/2006 | $4.50 | Taxi |
| Hinkelman, Andrew | 05/26/2006 | $12.75 | Taxi |
| Star, Samuel | 05/31/2006 | $7.00 | Taxi from Bear Stearns to office. |
| Hinkelman, Andrew | 06/11/2006 | $55.00 | Taxi |
| Hinkelman, Andrew | 06/12/2006 | $5.80 | Taxi |
| Hinkelman, Andrew | 06/12/2006 | $19.50 | Taxi |
| Hinkelman, Andrew | 06/12/2006 | $6.20 | Taxi |
| Hinkelman, Andrew | 06/13/2006 | $15.00 | Travel agency fee |
| Hinkelman, Andrew | 06/14/2006 | $55.00 | Taxi - airport to JFK |
| Orr, Jon | 06/06/2006 | $837.59 | Round-trip coach airfare to New York from LAX |
| Orr, Jon | 06/07/2006 | $60.00 | Transportation from airport to hotel |
| Orr, Jon | 06/09/2006 | $50.00 | Change of Schedule Fee |
| Orr, Jon | 06/09/2006 | $102.06 | Car Service - Manhattan to JFK |
| Orr, Jon | 06/11/2006 | $249.30 | One-way coach airfare from LAX to San Fransisco |
| Orr, Jon | 06/13/2006 | $248.79 | One-way coach airfare from San Fransisco to LAX |
| Total For  Expense  Type | | $1,732.49 | |
| | | | |
| **GRAND  TOTAL:** | | **$5,256.47** | |

# EXHIBIT H

WINSTON & STRAWN LLP
David Neier (DN-5391)
Eric E. Sagerman (*pro hac vice*)
Steven M. Schwartz (SS-4216)

200 Park Avenue
New York, New York 10166-4193
Telephone No.: (212) 294-6700
Facsimile No.: (212) 294-4700

333 South Grand Avenue, 38th Floor
Los Angeles, California 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Attorneys for the Official Committee
of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
In re                             :     Chapter 11

                                :

SILICON GRAPHICS, INC., *et al.*,     :     Case No. 06-10977 (BRL)

                              :

           Debtors.            :     (Jointly Administered)

                              :
-------------------------------------------------------x

**AFFIDAVIT IN SUPPORT OF AMENDED APPLICATION PURSUANT TO FED. R.**
**BANKR. P. 2014(a) FOR ORDER UNDER SECTIONS 328(a) AND 1103 OF THE**
**BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT AND RETENTION OF**
**FTI CONSULTING, INC. AS FINANCIAL ADVISORS TO THE OFFICIAL**
**COMMITTEEOF UNSECURED CREDITORS**

STATE OF NEW YORK       )
                           ) ss.:
COUNTY OF NEW YORK   )

        I, Michael Eisenband, being duly sworn, hereby deposes and says:

LA:171057.2                 1

1.      I am a Senior Managing Director with FTI Consulting, Inc. (together with its wholly owned subsidiaries, agents, independent contractors and employees, "FTI"), a financial advisory services firm with numerous offices throughout the country.  I submit this Affidavit on behalf of FTI (the "Affidavit") in support of the amended application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of Silicon Graphics, Inc., et al., the debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), for an order authorizing the employment and retention of FTI as financial advisors under the terms and conditions set forth in the Application.  Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at FTI and are based on information provided by them.

## Disinterestedness and Eligibility

2.      In connection with the preparation of this Affidavit, FTI conducted a review of its contacts with the Debtors, their affiliates, certain entities holding large claims against or interests in the Debtors, significant contract parties and other relevant entities that were made reasonably known to FTI.  A listing of the parties reviewed is reflected on Exhibit A to this Affidavit.  FTI's review, completed under my supervision, consisted of a query of the Exhibit A parties within an internal computer database containing names of individuals and entities that are present or recent former clients of FTI.  A summary of such relationships that FTI identified during this process is set forth on Exhibit B to this Affidavit.

3.      Based on the results of its review, FTI does not have a relationship with any of the parties on Exhibit A in matters related to these proceedings.  FTI has provided and could reasonably expect to continue to provide services unrelated to the Debtors' cases for the

LA:171057.2                              2

various entities shown on Exhibit B. FTI's assistance to these parties has been related to

providing various financial restructuring, litigation support and/or engineering and scientific

investigation consulting services. To the best of my knowledge, no services have been provided

to these parties in interest that are adverse to the rights of the Committee, nor does FTI's

involvement in these cases compromise its ability to continue such consulting services.

   4. Further, as part of its diverse practice, FTI appears in numerous cases,

proceedings and transactions that involve many different professionals, including attorneys,

accountants and financial consultants, who may represent claimants and parties-in-interest in the

Debtors' cases. Also, FTI has performed in the past, and may perform in the future, advisory

consulting services for various attorneys and law firms, and has been represented by several

attorneys, law firms and financial institutions, some of whom may be involved in these

proceedings. In addition, FTI has in the past, may currently and will likely in the future be

working with or against other professionals involved in these cases in matters unrelated to the

Debtors and these cases. Based on our current knowledge of the professionals involved, and to

the best of my knowledge, none of these relationships create interests materially adverse to the

Committee in matters upon which FTI is to be employed, and none are in connection with these

cases.

   5. FTI is not believed to be a "creditor" with respect to fees and expenses of

any of the Debtors within the meaning of Section 101(10) of the Bankruptcy Code. Further,

neither I nor any other member of the FTI engagement team serving this Committee, to the best

of my knowledge, is a holder of any outstanding debt instruments or shares of the Debtors' stock.

6.      FTI has not reviewed the relationship that the members of the FTI engagement team may have against a comprehensive list of employees within the U.S. Trustee's office in this District, but will do so upon being provided with a list of such persons by the office of the U.S. Trustee.

7.      As such, to the best of my knowledge, FTI does not represent any other entity having an interest adverse to the Committee in connection with this case, and therefore believes it is eligible to represent the Committee under Section 1103(b) of the Bankruptcy Code.

8.      It is FTI's policy and intent to update and expand its ongoing relationship search for additional parties in interest in an expedient manner. If any new material relevant facts or relationships are discovered or arise, FTI will promptly file a Bankruptcy Rule 2014(a) Supplemental Affidavit.

### Professional Compensation

9.      Subject to Court approval and in accordance with the applicable provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure, applicable U.S. Trustee guidelines, the local rules of this District, and applicable orders of the Court, FTI will seek payment for compensation on a fixed monthly basis through September 30, 2006 (and on an hourly basis thereafter, if applicable), plus reimbursement of actual and necessary expenses incurred by FTI.

10.     According to FTI's books and records, during the ninety-day period prior to the Debtors' petition date, FTI performed no professional services or incurred any reimbursable expenses on behalf of the Debtors.

[The remainder of this page is intentionally left blank.]

LA:171057.2                                 4

5

11.    To the best of my knowledge, no commitments have been made or received by FTI with respect to compensation or payment in connection with these cases other than in accordance with the provisions of the Bankruptcy Code and FTI has no agreement with any other entity to share with such entity any compensation received by FTI in connection with these chapter 11 cases.

Dated this /0 th day of August 2006.

_____
Michael Eisenband

SUBSCRIBED AND SWORN TO BEFORE ME this /0 th day of August 2006.

_____
Notary Public

My Commission Expires:

_____
May 24, 2008

LINDA J. PEARSON
NOTARY PUBLIC, STATE OF NEW YORK
No. 01PE6110512
QUALIFIED IN QUEENS COUNTY
MY COMMISSION EXPIRES MAY 24, 2008

**Debtor**

Cray Asia/Pacific, Inc.

Cray Financial Corporation

Cray Research America Latina Ltd.

Cray Research Eastern Europe Ltd.

Cray Research India Ltd.

Cray Research International, Inc.

Cray Research, LLC

Silicon Graphics Federal, Inc.

Silicon Graphics, Inc.

Silicon Graphics Real Estate, Inc.

Silicon Graphics World Trade Corporation

Silicon Studio, Inc.

ParaGraph International, Inc.

WTI-Development, Inc.

Alias/Wavefront NV

Cray Research Canada, Inc.

Cray Research Israel, Ltd.

Korea Silicon Graphics Ltd.

Silicon Graphics AB

Silicon Graphics AE, Greece

Silicon Graphics A/S, Denmark

Silicon Graphics A/S, Norway

Silicon Graphics Bilgisayar

Silicon Graphics Biomedical Ltd.

Silicon Graphics BV

Silicon Graphics Comercio E Servicos Limitada

Silicon Graphics Computer Engineering & Technology (China) Co., Ltd.

Silicon Graphics Computer Systems GmbH,

Silicon Graphics Computer Systems Limited, Israel

Silicon Graphics Europe Trade BV, Netherlands

Silicon Graphics GmbH

Silicon Graphics Kft

Silicon Graphics Limited, Canada

Silicon Graphics Limited, Hong Kong

Silicon Graphics Limited, Taiwan

Silicon Graphics Limited, New Zealand

Silicon Graphics Limited, United Kingdom

Silicon Graphics LLCI, Russia

Silicon Graphics Pte Ltd., Singapore

Silicon Graphics (Pty.) Ltd.

Silicon Graphics Pty Ltd.

Silicon Graphics SA/NV

Silicon Graphics SpA

Silicon Graphics SA, Argentina

Silicon Graphics SA, Chile
Silicon Graphics SA, Venezuela
Silicon Graphics S.A. de C.V.
Silicon Graphics SA, France
Silicon Graphics SA, Spain
Silicon Graphics Sdn Bhd, Malaysia
Silicon Graphics Sp.z.o.o.
Silicon Graphics s.r.o.
Silicon Graphics Systems (India) Limited
Silicon Graphics Trading Sarl
Silicon Graphics World Trade B.V.
SGI Japan Ltd.
Silicon Graphics Computer Systems


**Debtor's Attorneys**
Weil Gotshal & Manges LLP

**Debtor's Financial Advisors**
AlixPartners
Bear Stearns & Co

**Debtors Other Professionals**
Curtis, Mallet-Prevost, Colt & Mosle LLP
Ernst & Young
Jeffer, Mangels, Butler & Marmaro LLP
Latham & Watkins, LLP
Morgan, Lewis & Bockius
Paul Hastings
Skadden, Arps, Slate, Meagher & Flom LLP
Sullivan & Cromwell LLP
Allen & Overy
Baker & McKenzie
Baker Botts
Blakely, Sokoloff, Taylor & Zafman
Buyse, De Vlieger & Co.
Cooley Godward LLP
Davis Polk & Wardwell
Deloitte & Touche LLP
DLA Piper Rudnick Gray Cary US LLP
Duane Morris LLP
Ferrari Ottoboni
Horn, Murdock & Cole
Littler Mendelson

Orrick, Herrington & Sutcliffe
Patterson & Sheridan, LLP
Price Waterhouse Coopers
Schwegman Lundberg Woessner & Kluth
Schwimmer and Associates
Staas & Halsey
Sterne, Kessler, Goldstein & Fox
Susman Godfrey L.L.P.
Townsend and Townsend and Crew LLP


## Debtor's Board of Directors

Robert R. Bishop
Lewis S. Edelheit
C. Richard Kramlich
James A. McDivitt
Dennis McKenna
Arthur L. Money
Anthony R. Muller
Charles A. Steinberg
Robert M. White

## Debtor's Board of Directors Affiliates

Air Force
American Physical Society
Broadcast and Professional Company of Sony Electronics Inc.
CACI International
Carnegie Mellon University
Chalone Inc.
ChipPac, Inc.
Cin21.Inc
Control Data Corporation
Council on Competitiveness, Washington D.C.
Department of Defense, United States
ENSCO, Inc.
ESL, Inc.
Essex Corporation
Federal Services Acquisition Corp.
General Electric Company
Governors of the World Economic Forum for Information Technologies
Hubspan
Industrial Research Institute
Intelli-Check
International Advisory Panel, Multimedia Super Corridor (Malaysia)
Intevac Corporation

EXHIBIT A

Ionatron, Inc.
JDS Uniphase Corporation
Juniper Networks, Inc.
Legerity Corporation
Lumisys, Inc.
National Academy of Engineering
National ICT Australia Advisory Council
Netsolve, Inc.
New Enterprise Associates
Office of ASD (C31)
Pacific Northwest National Laboratory
Rainbow Technologies, Inc.
Read-Rite Corporation
Rockwell International
Safenet Inc.
SCP Global Technologies
Sonic Innovations, Inc.
Sony Strategic Venture Investments Group
Stanford University
SteelCloud Incorporated
STMicroelectronics N.V.
Terremark Worldwide, Inc.
Time Warner Telecom Inc.
VWR International
WebEx Communications
Xerox Palo Alto Research Center


**<u>Debtor's Corporate Officers</u>**
Fred Allman
Rich Altmaier
Robert R. Bishop
Gabriel Broner
Rick Chapek
Steve Coggins
Nigel Cory-Wright
Russell Craig
Dennis Daniels
Marty Deneroff
Alfredo Desogus
Dean Drougas
Sandra M. Escher
Greg Estes
David Fairbanks
Dan Ferber

Meg Fitzpatrick
Harry Fuchigami
Jean Furter
Greg Geissler
Eng Lim Goh
Chris Hanson
Dick Harkness
Larry Hicks
Michael Hirahara
Willie Hooks
Norio Izumi
Knut Korsell
Kathy Lanterman
Bill LaRosa
Dennis McKenna
Kevin McLaughlin
Paul McNamara
Philippe Miltin
Terry Oberdank
Jeff Osorio
Dave Parry
Warren Pratt
Brad Redderson
Anthony K. Robbins
Brian Samuels
Jan Silverman
Christie Vianson
Doug Walker
Barry J. Weinert
Jeffrey Zellmer


**Debtor's Major Shareholders**
Capital Research & Management Co.
Credit Suisse First Boston
Deutsche Bank AG
Morgan Stanley

**Secured Lenders**
Ableco Finance LLC
Foothill Capital Corporation
Goldman Sachs Group, Inc.
U.S. Bank National Association
Wells Fargo Foothill, Inc.

## Secured Lenders Attorneys

Jeffers, Mangles, Butler &. Marmaro LLP

Pryor Cashmen


## Substantial  Bondholders or Lenders

ADP Clearing & Outsourcing Services, Inc.

AIG International Asset Management

A.G. Edwards & Sons, Inc.

American Enterprise Investment Services Inc.

Ameritrade, Inc.

AQR Capital Management LLC

Aristeia Capital LLC

Aristeia Partners LP

Baird (Robert W.) & Co. Incorporated

Banc of America Securities LLC

Banc of America Securities LLC/Bank of Americas NA, London Branch

Bank of America, National Association

Bank One Trust Company, N.A.

Basso Holdings

Bear, Stearns Securities Corp.

Brown Brothers Harriman & Co.

Boston Private Value Investors, Inc.

BrownCo, LLC

Bruce & Company

Castle Creek Capital

Charles Schwab & Co. Inc.

CIBC World Markets Inc./CDS

Citibank/The Citigroup Private Bank/Trust

Citibank, N.A.

Citigroup Global Markets Inc.

Citigroup Securities

Credit Suisse First Boston

Credit Suisse Securities (USA) LLC

Crowell, Weedon & Co.

Custodial Trust Company

D.A. Davidson & Co., Inc.

Davenport & Company LLC

Delaware Charter Guarantee & Trust

Deutsche Bank AG

Deutsche Bank Securities, Inc.

DKR Capital, Inc.

E*Trade Clearing LLC

Edward D. Jones & Co.
Emmet A. Larkin Company, Inc.
Euroclear Bank
Ferris, Baker Watts, Incorporated
Fidelity Management & Research Co.
Fiduciary SSB
Fifth Third Bank
First Clearing LLC
Global Securities Corp.
Goldman, Sachs & Co.
Goldman, Sachs International
Guggenheim Portfolio XXXI LLC
Hammerman Capital
Highfields
Huntington National Bank
Ingalls & Snyder LLC
International Monetary Fund
Investors Bank & Trust- Institutional custody
J.A. Glynn & Co.
JAG Advisors
Janney Montgomery Scott Inc.
JPMorgan Chase Bank Correspondence Clearing Services 2
JPMorgan Chase Bank, National Association
JP Morgan Chase, Bournemouth
Kane Anderson
KeyBank National Association
Lampe Conway Co. LLC
LaSalle Bank National Association
Lehman Brothers, Inc.
Lehman Brothers International (Europe)- Prime Broker (LBI)
Legent Clearing LLC
Linsco/Private Ledger Corp.
Manufacturers and Traders Trust Company
McDonald Investments Inc.
M&I Marshall & Ilsley Bank
Mellon Trust of New England, National Association
Mesirow Financial, Inc.
ML SFKPG
Morgan, Keegan & Company, Inc.
Morgan Stanley & Co. Incorporated
Morgan Stanley DW Inc.
Murphy & Durieu
National City Bank
National City Corp.
National Financial Services, LLC

National Investor Services Corp.
NBCN Clearing, Inc./CDS
NOBO Registered & Retail Accounts
Northern Trust Company
Oppenheimer & Co. Inc.
Optimix Investment Funds
Penson Financial Services, Inc.
Pershing LLC
Pflueger & Baerwald Inc.
Piper Jaffray & Co.
PNC Bank, National Association
PrimeVest Financial Services, Inc.
Putnam Investments
Quandrangle Debt Recovery Advisors LLC
Quadrangle Master Funding, LTD
Raymond, James & Associates Inc.
RBC Dain Rauscher, Inc.
RBC Dominion Securities, Inc./CDS
Salomon Brothers Asset Management Inc.
Scott & Stringfellow, Inc.
Scottrade, Inc.
SEI Private Trust Company
Sethre Farms Inc.
Southwest Securities, Inc.
SSB- Trust Custody
State Street Bank and Trust Company
State Street Bank and Trust Company/Deutsche Bank Frankfurt
Sterne, Agee & Leach, Inc.
Stifel, Nicolaus & Company Incorporated
SunTrust Bank
Symphony Asset Management
The Bank of New York
TQA Investors
Trident Trust Co.
UBS AG Stamford Branch/As custodian for UBS AG London Branch
UBS Financial Services LLC
UBS Securities, LLC
UMB Bank, National Association
Union Bank of California, N.A.
United Mizrahi Bank Ltd.
United States Trust Company of New York
U.S. Bank N.A.
USAA Investment Management Company
Vertigo Capital LP
Wachovia Bank, N.A.

Watershed Capital Partners
Wedbush Morgan Securities, Inc.
Wells Capital Management
Wells Fargo Bank, National Association
Wells Fargo Investment, LLC
Whitebox Advisors, LLC
Wilmington Trust Company
World Vision Inc.
Zola Capital Management LLC

## Substantial  Bondholders or Lenders Professionals

Goodwin Procter LLP
Houlihan Lokey Howard & Zukin
Milbank Tweed Hadley McCloy LLP
The Recovery Group (TRG)

## Indenture Trustees

JPMorgan Chase Bank, f/k/a, Chemical Bank, f/k/a Manufacturers Hanover Trust Company
U.S. Bank National Association

## Indenture Trustees' Attorneys

Kelly Drye & Warren LLP

## Top 40 Unsecured Creditors

Act 1
Atlas Manufacturing
Autodesk
Avago Technologies U.S., Inc.
Barco Simulation
Carlyle Market Post Tower
Celestica
Chemical Bank
Christie Digital Systems, Inc.
Crenlo LLC
Datadirect Networks
Davis Polk & Wardwell
Electronic Data Systems
Ebm-Papst
EMC
Engenio Information Technologies
Flightsafety International
Gyrogroup

Harwood International
IBM Corporation
Interactive Supercomputing LLC
Iron Mountain
JPMorgan Chase Bank (f/k/a Chemical Bank, f/k/a Manufacturers Hanover Trust)
K-tek
Landmark Graphics
Meritec
Micron Semiconductor Products
PDSI
Q-Logic
Sales Analytics, Inc.
Securitas Security Services USA Inc.
Smart Modular Technologies
Solectron
SPL Integrated Solutions
Storage Technology
Synopsys
Tenere
Trident Computer Resources Inc.
Trilogy Computer Industry Solutions
United Properties
Xyratex

**Official Creditors' Committee Members**
Hammerman Capital Master Fund LP
JP Morgan Chase
Pinnacle Data Systems Inc
Solectron Corp
Xyratex

**Official Creditors' Committee Attorneys**
Winston & Strawn LLP

**Other Significant Parties-in-Interest (as known)**
**Bank Accounts**
Credit Suisse- Geneva
Wells Fargo Bank
ING
La Compagnie Benjamin De Rothschild SA
Standard Chartered Bank

## Insurers

ACE Bermuda Insurance Ltd.
Chubb Group Insurance Companies
Corporate Officers & Directors Assurance Ltd.
Factory Mutual Insurance Co.
FM Global Corporate Office
Global Aerospace
Great American Insurance Group
Liberty Mutual Insurance Co.
Lloyds of London
National Union (AIG)
Old Republic, Inc.
St. Paul Travelers Corporate Headquarters
The Hartford Financial Services Group
The Navigators Group, Inc.
XL Specialty
Zurich North America, Northwest Region

## Significant Lessors and Lessees

18 East 41st Street Partners, LLC
Aeronet, Inc.
Brookside Joint Venture
Chippy Warehouse, LLC
GB, LLC
Google, Inc.
Goldman Sachs Group, Inc.
Grand Oak Master LLC
Great Lakes REIT, L.P.
K/B Fund IV
Los Alamos Commerce and Development Corp.
Mack-Cali Realty, L.P.
Marcum & Kliegman LLP
McLellan Estate Co.
Network Clarity, Inc.
One Cabot Road Hudson, LLC
Oracle Corporation UK Limited
OTR-MCC LLC
Morris Corporate Center
Plaza Partners, L.L.C.
Real Property Development Company
Seattle Landmark LLC
TF Associates
Von Karman Michelson Corporation, successor to World Trade Center Building, Inc.
WXIII/Crittenden Realty A/B, L.L.C.

WXIII/Crittenden Realty D, L.L.C.

**Litigation Parties**
Alliacense
American Video Graphics
Appellate Tribunal for Foreign Exchange
Beale Air Force Base
Bharat Heavy Electricals Ltd.
Canadian Revenue Authorities
Cargill
Celestica-UK
Comerlat
DIF Bank
Directorate of Enforcement Foreign Exchange Cell
DiscoVision Association
Dr. Michael Newberry
Gyrogroup
Hartford Financial Services
Hertz
ImageExpo
IMSS
Larry McArthur
LG Electronics
Maurice Mitchell
Office of the Inspector General for the U.S. National Security Agency (NSA)
Patriot Scientific Corporation
Pinnacle Data Systems, Inc.
Royal Melbourne Institute of Technology
SCO Group
Syntegra
Sysxnet
T-Systems International GmbH
TNO
Treasury Department of the State of São Paulo
Unisel
U.S. Department of Commerce
Winfoware Technologies
Yang Liang

**Utilities**
Aquila
Bellsouth
City of Mountain View
Constellation New Energy
CTC Communications

Department of Public Utilities
Pacific Gas & Electric Company
Qwest
SBC
SBC Pacific Bell
SBC Southwestern Bell
Verizon
Xcel Energy

## Governmental & Regulatory Agencies
California Board of Equalization
Delaware Secretary of State - Div Corp
Defense Security Service
Department of Commerce
Maryland Department of Labor
Maryland Department of Revenue
Massachusetts Department of Labor
Massachusetts Department of Revenue
U.S. Customs & Border Protection
U.S. Patent & Trademark Office
U.S. Treasury- Internal Revenue Service
Wisconsin Department of Labor
Wisconsin Department of Revenue


## Taxing Authorities
Alabama Dept. of Revenue
City of Huntsville (Finance Department)
State of Alabama
Huntsville City Clerk- Treasurer
Madison County
Arkansas Secretary of State (Business & Commercial)
Arkansas Dept. of Finance & Admin.
The Australian Taxation Office
Finanzamt Graz-Stadt (Austria)
Arizona Corporation Commission
Nevada Department of Taxation
Arizona Dept. of Revenue
City of Phoenix
Belgium VAT Authority
City of Irvine
City of Mountain View
Secretary of State, State of California
State Board of Equalization (CA)
Customs Revenue Agency (CRA) (Canada)

Colorado Secretary of State
Colorado Dept. of Revenue
Secretary of State, State of Connecticut
State of Connecticut, Dept. of Revenue Services
DC Treasurer; DCRA-Corporation Division
Government of the District of Columbia
TASTSelv Erhverv (Denmark)
Skattemyndigheten Finland
Florida Dept. of State
Florida Dept. of Revenue
La Representation Fiscal (France)
Secretary of State; State of Georgia Corporation Division
Georgia Dept. of Revenue
Finanzamt Bonn Innenstadt (Germany)
State of Hawaii; Annual Filing- Berg
Hawaii Dept of Taxation
Secretary of State; State of Iowa
Iowa Dept. of Revenue and Finance
Secretary of State; State of Idaho
Idaho State Tax Commission
Secretary of State; State of Illinois
Illinois Dept. of Revenue
Indiana Secretary of State
Indiana Dept. of Revenue
Agenzia Delle Entrate (Italy)
Kansas Dept. of Revenue
Kentucky State Treasurer; Secretary of State
Kentucky Revenue Cabinet
Secretary of State; State of Louisiana (Commercial)
Louisiana Dept of Revenue
Bossier City Parish
Caddo Shreveport
Calcasieu Parish
City of Baton Rouge
City of New Orleans
DeSoto Parish
Jefferson Parish Sherriff's Office
Lafayette Parish School Board
Lincoln Parish
Livingston Parish School Board
Louisiana Dept. of Revenue
Parish of Rapides
Parish of Terrebonne
Plaquemines Parish
St. Charles Parish School Board

St. John the Baptist Parish
Tax Collector, Parish of St. Tammany
West Baton Rouge Parish
Commonwealth of Massachusetts
Mass. Dept. of Revenue
Delaware Secretary of State; Division of Corporation
State Department of Assessments & Taxation (MD)
Comptroller of Maryland
Maine Revenue Services
State of Michigan; MI Dept of Consumer &  Industry
Michigan Dept. of Treasury
Secretary of State; State of Minnesota Business Service
Minnesota Dept. of Revenue
City of Saint Louis; License Collector
Missouri Dept. of Revenue
Secretary of State; State of Mississippi
Mississippi State Tax Commission
Secretary of State; North Carolina Secretary of State
North Carolina Dept. of Revenue
Secretary of State; State of North Dakota
Office of State Tax Commissioner (ND)
State of Nebraska
Belastingdienst Centrale Betalingsad (Netherlands)
Secretary of State; New Hampshire Department of State
State of NJ- Sales and Use Tax
Los Alamos County (NM)
State Public Regulation Commission (NM)
New Mexico Taxation and Revenue Dept.
Skattedirektoratet (Norway)
Tollregion Oslo OG Akershus (Norway)
Secretary of State; State of Nevada
New York State; Dept. of Sate- Div. of Corporation
NYS Sales Tax Processing
Ohio Dept. of Taxation
Ohio Department of Taxation
Oklahoma Tax Commission
Secretary of State; State of Oregon; Corporation Division
Department of State; Corporation Bureau (PA)
PA Department of Revenue
State of Rhode Island; Division of Taxation
State of South Carolina Dept. of Revenue; License & Registration Unit
SC Department of Revenue
Secretary of State; State of South Dakota
South Dakota Dept. of Revenue
Agencia Tributaria (Spain)

Skattemyndigheten (Sweden)
Eidgenossische Steuerverwaltung ESTV (Switzerland)
Secretary of State; State of Tennessee Annual Report
Tennessee Dept. of Revenue
Texas Comptroller of Public Accounts
Comptroller of Public Accounts
HM Customs & Revenue (UK)
State of Utah
Utah State Tax Commission
Treasurer of Virginia; State Corporation Commission
Commonwealth of Virginia
State of Vermont; Office of the Secretary of State
Vermont Dept. of Taxes
City of Seattle; Revenue and Consumer Affairs
State of Washington; Department of Licensing
State of Washington
Department of Financial Institutions (WI)
Wisconsin Dept. of Revenue
West Virginia Dept. of Tax & Revenue (Internal Audit)
West Virginia State Tax Department
Wyoming Secretary of State
Wyoming Dept. of Revenue


**Other Parties**
3M
Agilent
Airforce
Alpida
Amex
ATI
AU Optronics
autodesk
BAE Systems
BenQ
BMW
Boeing
BP
Burr-Brown
Computer Sciences Corporation
Computer Share Investor Services
Cree
Crenlo LLC
Dell, Inc.
Delta Electronics

Department of the Army, United States of America
Department of Defense, United States of America
EDS Corporation
Emcor Enclosures
Ericsson
Equiserve Trust Company N.A.
Ford Motor Company
Fujitsu
Gateway
General Electric
General Motors
Hewlett Packard
Hitachi
Honda Motor Company
Hydro
Hynex
Hyundai
IBM Corporation
Infinilux
Intel Americas
Intersil
ISC
James River Technical Incorporated
Japan Atomic Energy Research
JVC
Kyocera
L-3 Communication
LG Electronics
Lockheed Martin
Los Alamos National Laboratory
LumiLEDs
Maryland Procurement Office
Medtronic
Merck
Merrill Lynch
Micron
Motorola
Nasa
National Semiconductor
NEC
NEC Electronics
NEC- Mitsubishi Electric Visual Systems Corporation
Nokia
Northrop Grumman
nvidia

Optronics
Osram
Panasonic
Pierelli
PR Newswire
Procter & Gamble
Raytheon
Red Hat
Rolls Royce
Samsung
Samsung Electronics
Samsung SDI
Sanyo
Seiko Epson
Sharp
Shomo Technologies System Corp.
Sikorsky Aircraft
SONY
Statoil
TATA
Texas Instruments
Toshiba
Total SA
Toyota
United States Navy
University of Minnesota
University of Tokyo
Visual Systems Corporation
Volvo
VRSim, Inc.
Yahoo

**EXHIBIT B**

**Debtor's Attorneys**
Weil Gotshal & Manges LLP

**Debtor's Financial Advisors**
AlixPartners
Bear Stearns & Co

**Debtors Other Professionals**
Curtis, Mallet-Prevost, Colt & Mosle LLP
Ernst & Young
Goodwin Procter LLP
Houlihan Lokey Howard & Zukin
Latham & Watkins, LLP
Milbank Tweed Hadley McCloy LLP
Morgan, Lewis & Bockius
Paul Hastings
Skadden, Arps, Slate, Meagher & Flom LLP
Sullivan & Cromwell LLP
Allen & Overy
Baker & McKenzie
Baker Botts
Cooley Godward LLP
Davis Polk & Wardwell
Deloitte & Touche LLP
DLA Piper Rudnick Gray Cary US LLP
Littler Mendelson
Orrick, Herrington & Sutcliffe
Price Waterhouse Coopers
Sterne, Kessler, Goldstein & Fox
Townsend and Townsend and Crew LLP


**Debtor's Board of Directors**
Robert M. White

**Debtor's Board of Directors Affiliates**
General Electric Company
Time Warner Telecom Inc.
WebEx Communications
Air Force
Sonic Innovations, Inc.
CACI International
Carnegie Mellon University
ChipPac, Inc.
ESL, Inc.

STMicroelectronics N.V.
JDS Uniphase Corporation
Juniper Networks, Inc.
Netsolve, Inc.


**Debtor's Major Shareholders**
Capital Research & Management Co.
Morgan Stanley

**Secured Lenders**
U.S. Bank National Association


**Secured Lenders Attorneys**
Jeffers, Mangles, Butler &. Marmaro LLP

**Substantial  Bondholders or Lenders**
Investors Bank & Trust- Institutional custody
Janney Montgomery Scott Inc.
UBS Financial Services LLC
Linsco/Private Ledger Corp.
Manufacturers and Traders Trust Company
McDonald Investments Inc.
Mellon Trust of New England, National Association
Mesirow Financial, Inc.
ML SFKPG
UBS Securities, LLC
UMB Bank, National Association
Morgan Stanley & Co. Incorporated
Morgan Stanley DW Inc.
Union Bank of California, N.A.
U.S. Bank N.A.
USAA Investment Management Company
Watershed Capital Partners
Wells Capital Management
Whitebox Advisors, LLC
Wilmington Trust Company
AIG International Asset Management
D.A. Davidson & Co., Inc.
E*Trade Clearing LLC
Edward D. Jones & Co.
Ferris, Baker Watts, Incorporated
Fidelity Management & Research Co.
Fifth Third Bank

First Clearing LLC
Hammerman Capital
Huntington National Bank
KeyBank National Association
LaSalle Bank National Association
Salomon Brothers Asset Management Inc.
State Street Bank and Trust Company
State Street Bank and Trust Company/Deutsche Bank Frankfurt
Sterne, Agee & Leach, Inc.
Stifel, Nicolaus & Company Incorporated
SunTrust Bank
Symphony Asset Management
UBS AG Stamford Branch/As custodian for UBS AG London Branch
National City Bank
National Financial Services, LLC
Northern Trust Company
Oppenheimer & Co. Inc.
Pershing LLC
Piper Jaffray & Co.
PNC Bank, National Association
Putnam Investments
Raymond, James & Associates Inc.
RBC Dain Rauscher, Inc.
Quadrangle Master Funding, LTD
Banc of America Securities LLC
Banc of America Securities LLC/Bank of Americas NA, London Branch
Bank of America, National Association
A.G. Edwards & Sons, Inc.
Ameritrade, Inc.
Baird (Robert W.) & Co. Incorporated
Bear, Stearns Securities Corp.
Brown Brothers Harriman & Co.
Charles Schwab & Co. Inc.


**Indenture Trustees**

JPMorgan Chase Bank, f/k/a, Chemical Bank, f/k/a Manufacturers Hanover Trust Company
U.S. Bank National Association


**Indenture Trustees' Attorneys**
Kelly Drye & Warren LLP


**Top 40 Unsecured Creditors**
Autodesk

Iron Mountain
EMC
Storage Technology
Avago Technologies U.S., Inc.
Micron Semiconductor Products
Electronic Data Systems
Synopsys
Davis Polk & Wardwell
Securitas Security Services USA Inc.
Solectron
IBM Corporation


**<u>Official Creditors' Committee Members</u>**
JP Morgan Chase

**<u>Official Creditors' Committee Attorneys</u>**
Winston & Strawn LLP



**<u>Other Significant Parties-in-Interest (as known)</u>**
**<u>Bank Accounts</u>**
ING
Standard Chartered Bank

**<u>Insurers</u>**
Old Republic, Inc.
St. Paul Travelers Corporate Headquarters
Zurich North America, Northwest Region
The Hartford Financial Services Group
XL Specialty
ACE Bermuda Insurance Ltd.
Liberty Mutual Insurance Co.
Chubb Group Insurance Companies
Lloyds of London
National Union (AIG)
Factory Mutual Insurance Co.


**<u>Litigation Parties</u>**
Maurice Mitchell
Patriot Scientific Corporation
SCO Group
U.S. Department of Commerce

American Video Graphics
Cargill
DiscoVision Association
Gyrogroup
Hartford Financial Services
Hertz
IMSS
LG Electronics

**<u>Utilities</u>**
Aquila
Bellsouth
City of Mountain View
Constellation New Energy
CTC Communications
Department of Public Utilities
Pacific Gas & Electric Company
Qwest
SBC
SBC Pacific Bell
SBC Southwestern Bell
Verizon
Xcel Energy

**<u>Governmental & Regulatory Agencies</u>**
U.S. Treasury- Internal Revenue Service
California Board of Equalization
Department of Commerce

**<u>Taxing Authorities</u>**
Arizona Corporation Commission
Arizona Dept. of Revenue
City of Phoenix
State Board of Equalization (CA)
Customs Revenue Agency (CRA) (Canada)
State of Alabama
Madison County
Florida Dept. of Revenue
Iowa Dept. of Revenue and Finance
Parish of Rapides
Mass. Dept. of Revenue
Delaware Secretary of State; Division of Corporation
Michigan Dept. of Treasury
Minnesota Dept. of Revenue

Mississippi State Tax Commission
North Carolina Dept. of Revenue
Ohio Dept. of Taxation
Oklahoma Tax Commission
Commonwealth of Massachusetts
Commonwealth of Virginia
Vermont Dept. of Taxes
City of Seattle; Revenue and Consumer Affairs
State of Rhode Island; Division of Taxation
State of South Carolina Dept. of Revenue; License & Registration Unit
SC Department of Revenue
Skattemyndigheten (Sweden)
Tennessee Dept. of Revenue
Texas Comptroller of Public Accounts
State of Washington
State of Utah
Wisconsin Dept. of Revenue
West Virginia State Tax Department
Wyoming Dept. of Revenue
Utah State Tax Commission


**Other Parties**
ATI
AU Optronics
autodesk
BAE Systems
BenQ
BMW
Boeing
BP
Computer Sciences Corporation
Cree
Dell, Inc.
Department of the Army, United States of America
Department of Defense, United States of America
3M
EDS Corporation
Ericsson
Ford Motor Company
Agilent
Amex
General Motors
Hewlett Packard
Hitachi

Fujitsu

Honda Motor Company

Hydro

Hyundai

Intersil

JVC

Kyocera

LG Electronics

NEC

NEC Electronics

NEC- Mitsubishi Electric Visual Systems Corporation

Panasonic

L-3 Communication

Gateway

Lockheed Martin

LumiLEDs

Medtronic

Merck

Procter & Gamble

Raytheon

Red Hat

Rolls Royce

Nokia

Samsung

Samsung Electronics

Sanyo

Sharp

Northrop Grumman

SONY

Statoil

TATA

Texas Instruments

Toshiba

nvidia

Total SA

Toyota

United States Navy

Volvo

University of Minnesota

Yahoo

Optronics

Osram