Exhibit 99.1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Silicon Graphics, Inc., et al. | Case No. 06-10977 (BRL) |
| Debtors. | (Jointly Administered) |

## POST-CONFIRMATION QUARTERLY SUMMARY REPORT FOR THE PERIOD FROM December 29, 2007 TO March 28, 2008

DEBTORS' ADDRESS: 1140 E. Argues Avenue, Sunnyvale, California 94085

QUARTERLY DISBURSEMENTS MADE BY SILICON GRAPHICS, INC., AND ITS DEBTOR SUBSIDIARIES (IN MILLIONS);     $119 Million

DEBTORS' ATTORNEY: Weil, Gotshal & Manges LLP
Gary T. Holtzer
Stephen A. Youngman
Shai Y. Waisman
767 Fifth Avenue
New York, New York 10153-0119

REPORT PREPARER: SILICON GRAPHICS, INC., et al.

The undersigned, having reviewed the attached report and being familiar with the Debtors' financial affairs, verified under penalty of perjury, that the information contained therein is complete, accurate and truthful to the best of my knowledge.

/s/ Kathy Lanterman
Kathy Lanterman
Chief Financial Officer
Silicon Graphics, Inc.

DATE: May 9, 2008

**SILICON GRAPHICS, INC., et al.**
CASE NO. 06-10977 (BRL) (Jointly Administered)
**CONDENSED CONSOLIDATING BALANCE SHEET**
**(Unaudited)**
**(In thousands)**
**March 28, 2008**

|  | Debtors | Non-Debtors | Eliminations (1) | Consolidated |
|---|---:|---:|---:|---:|
| **Assets:** | | | | |
| Current assets: | | | | |
|   Cash and cash equivalents | $ 19,601 | $ 23,130 | $ - | $ 42,731 |
|   Short-term marketable investments | - | 22 | - | 22 |
|   Short-term restricted investments | 5,336 | 4,124 | - | 9,460 |
|   Accounts receivable, net | 24,757 | 22,182 | - | 46,939 |
|   Inventories | 72,837 | 583 | (26) | 73,394 |
|   Prepaid expenses | 4,536 | 4,387 | - | 8,923 |
|   Other current assets (2) | 35,663 | 16,823 | - | 52,486 |
|   Due from affiliates | 514,664 | 39,502 | (554,166) | - |
|     Total current assets | 677,394 | 110,753 | (554,192) | 233,955 |
| Restricted investments | 206 | 228 | - | 434 |
| Property and equipment, net (2) | 41,125 | 1,960 | - | 43,085 |
| Goodwill | - | - | - | - |
| Other intangibles | 60,860 | - | - | 60,860 |
| Other non-current assets (2) | 47,000 | 24,948 | - | 71,948 |
| Due from affiliates | 130,328 | 200,531 | (330,859) | - |
|  | $ 956,913 | $ 338,420 | $ (885,051) | $ 410,282 |
| | | | | |
| **Liabilities and Stockholders' Equity:** | | | | |
| Liabilities not subject to compromise: | | | | |
| Current liabilities: | | | | |
|   Accounts payable | $ 18,728 | $ 3,342 | $ - | $ 22,070 |
|   Accrued compensation | 17,838 | 19,048 | - | 36,886 |
|   Income taxes payable | 331 | 3,584 | - | 3,915 |
|   Current portion of deferred revenue | 77,447 | 33,143 | - | 110,590 |
|   Customer advances | 4,304 | - | - | 4,304 |
|   Other current liabilities (2) | 34,723 | 5,945 | - | 40,668 |
|   Current portion of long-term debt | 8,513 | - | - | 8,513 |
|   Due to affiliates | 630,293 | (81,061) | (549,232) | - |
|     Total current liabilities | 792,177 | (15,999) | (549,232) | 226,946 |
| Long-term debt | 124,000 | - | - | 124,000 |
| Non-current portion of deferred revenue | 57,780 | 102 | - | 57,882 |
| Other non-current liabilities | 13,122 | 12,875 | - | 25,997 |
| Due to affiliates | (756) | 756 | - | - |
| Total liabilities not subject to compromise | 986,323 | (2,266) | (549,232) | 434,825 |
| | | | | |
| Liabilities subject to compromise | - | - | - | - |
|   Total liabilities | 986,323 | (2,266) | (549,232) | 434,825 |
| | | | | |
| Stockholders' equity | | | | |
| New common stock, $0.01 par value, and additional paid in capital; 25,000,000 shares authorized; 11,581,582 shares issued and outstanding at March 28, 2008 | 197,204 | - | - | 197,204 |
| Amounts eliminated in consolidation | (99,951) | 73,283 | 26,668 | - |
| Accumulated deficit | (126,663) | 267,403 | (362,487) | (221,747) |
|   Total stockholders' equity | (29,410) | 340,686 | (335,819) | (24,543) |
| | $ 956,913 | $ 338,420 | $ (885,051) | $ 410,282 |

(1) Consolidated financial results are comprised of post-confirmation Debtor and Non-Debtor entities that have affiliated transactions with other post-confirmation Debtor and Non-Debtor entities. Amounts included under the heading "Eliminations" represent entries required to properly eliminate transactions between affiliated entities for consolidated financial statement presentation purposes.

(2) Balance Sheet Detail

*Other Current Assets*

Other current assets at March 28, 2008 were as follows (in thousands):

|  | Debtors | Non-Debtors | Consolidated |
|---|---:|---:|---:|
| Deferred cost of goods sold | $ 30,818 | $ 2,108 | $ 32,926 |
| Value-added tax receivable | 897 | 3,444 | 4,341 |
| Other | 3,948 | 11,271 | 15,219 |
| Total other current assets | $ 35,663 | $ 16,823 | $ 52,486 |

*Property and Equipment, Net*

Property and equipment, net at March 28, 2008 was as follows (in thousands):

|  | Debtors | Non-Debtors | Consolidated |
|---|---:|---:|---:|
| Real property and improvements | $ 15,928 | $ - | $ 15,928 |
| Machinery and equipment | 25,763 | 1,165 | 26,928 |
| Furnitures, fixtures and office equipment | 1,008 | 344 | 1,352 |
| Vehicles | - | - | - |
| Leasehold improvements | 14,311 | 2,499 | 16,810 |
| Accumulated deprecation and amortization | (15,886) | (2,047) | (17,933) |
| PP&E net | $ 41,124 | $ 1,961 | $ 43,085 |

*Other Non-Current Assets*

Other non-current assets at March 28, 2008 were as follows (in thousands):

|  | Debtors | Non-Debtors | Consolidated |
|---|---:|---:|---:|
| Spare parts | $ 9,894 | $ 6,768 | $ 16,662 |
| Investment in SGI Japan | - | 14,720 | 14,720 |
| Non-current deferred cost of goods sold | 27,948 | - | 27,948 |
| Other | 9,158 | 3,460 | 12,618 |
| Total other non-current assets | $ 47,000 | $ 24,948 | $ 71,948 |

*Other Current Liabilities*

Other current liabilities at March 28, 2008 were as follows (in thousands):

|  | Debtors | Non-Debtors | Consolidated |
|---|---:|---:|---:|
| General accrued liabilities | $ 27,162 | $ 1,155 | $ 28,317 |
| Value-added tax payable | 1,424 | 4,593 | 6,017 |
| Product warranty | 5,259 | - | 5,259 |
| Current portion of restructuring liability | 878 | 197 | 1,075 |
| Total other current liabilities | $ 34,723 | $ 5,945 | $ 40,668 |

*Other Non-Current Liabilities*

Other non-current liabilities at March 28, 2008 were as follows (in thousands):

|  | Debtors | Non-Debtors | Consolidated |
|---|---:|---:|---:|
| Long-term income taxes payable | $ 10,619 | $ 12,572 | $ 23,191 |
| Other | 2,503 | 303 | 2,806 |
| Total other non-current laibilities | $ 13,122 | $ 12,875 | $ 25,997 |

**Attachment No. 1**

**SILICON GRAPHICS, INC., et al.**
CASE NO. 06-10977 (BRL) (Jointly Administered)

| QUESTIONNAIRE |
|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? |
| 2. Are any post-confirmation sales or payroll taxes past due? |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? |
| 4. Is the Debtor current on all post-confirmation plan payments? |

**\*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.**

| INSURANCE INFORMATION |
|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? YES |
| 2. Are all premium payments current?  YES |

**\*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.**

| Confirmation of Insurance | | | |
|---|---|---|---|
| Type of Policy | Carrier | Period of coverage | Delinquency Amount |
| Crime/Employee Theft | Zurich pol. # FID9030906-02 | 7/1/07-7/1/08 | None |
| Cargo / Transit | Lloyds pol.# JC532407&JC474807 | 7/1/07-7/1/08 | None |
| Property / Business Interruption | FM Global pol. # UR816 | 7/1/07-7/1/08 | None |
| Commercial General Liability | Chubb pol. # 3532-28-25 | 7/1/07-7/1/08 | None |
| Auto-domestic | Chubb pol. # 7321-08-37 | 7/1/07-7/1/08 | None |
| Foreign Liability | Chubb pol. # 3528-23-83 | 7/1/07-7/1/08 | None |
| Umbrella (Liability) | Chubb pol. # 7960-07-21 | 7/1/07-7/1/08 | None |
| 1st Excess Liability | St Paul pol. # QI09400479 | 7/1/07-7/1/08 | None |
| " | Grt.Am. pol. # EXC3108262 | 7/1/07-7/1/08 | None |
| 2nd Excess Liability | Zurich pol.# AEC9138273-01 | 7/1/07-7/1/08 | None |
| Elec.Errors&Omissions Liability | Chubb pol.# 3532-28-26 | 7/1/07-7/1/08 | None |
| E&O Excess Liability | St Paul pol. # 566TE0062 | 7/1/07-7/1/08 | None |
| AircraftProductsLiability / NOAC | GlobalAerospc. pol.# 16000034 | 7/1/07-7/1/08 | None |
| Fiduciary Liability | N'l Union (AIG) pol.# 659-58-64 | 7/1/07-7/1/08 | None |
| Company Contingent Coverage | Liberty PIA pol.# 202101-015 | 7/1/07-7/1/08 | None |
| Directors&OfficersLiab-primary | Lloyds/Lex  pol.# B0509/QB042907-1 | 9/15/07-9/15/08 | None |
| Directors&OfficersLiab-1stExcess | Old Republic pol.# CUG 3191 | 9/15/07-9/15/08 | None |
| Directors&OfficersLiab-2ndExcess | Navigators pol.# NY07DOL876775NV | 9/15/07-9/15/08 | None |
| Directors&OfficersLiab-3rdExcess | AIG (N'l Union) pol.# 186-11-62 | 9/15/07-9/15/08 | None |
| Directors&OfficersLiab-4thExcess | XL Specialty pol.# ELU100096-07 | 9/15/07-9/15/08 | None |
| Storage Tank Liability (AST Pollution Liability) | Illinois Union (ACE) pol.# G21849017-002 | 10/17/07-10/17/08 | None |

| | | |
|---|---|---|
| **DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:** | | |
| **Estimated Date of Filing the Application for Final Decree: December 26, 2008** | | |

# Attachment No. 2
## SILICON GRAPHICS, INC., et al.
### CASE NO. 06-10977 (BRL) (Jointly Administered)
### SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS BY DEBTOR
### (Unaudited) (In dollars)

This Report is being submitted for all bank accounts that are presently maintained by the post-confirmation debtor.

| | | | |
|---|---|---|---|
| **Debtors' Name:** | Silicon Graphics, Inc., et al. | **Bank:** | Wells Fargo; ING; Credit Suisse |
| **Bankruptcy Number:** | 06-10977 (BRL) (Jointly Administered) | **Account Number:** | Various |
| **Date of Confirmation:** | May 9, 2008 | **Account Type:** | Main Checking; Collections; various ZBA accounts |
| **Reporting Period (month/year):** | For the quarter ended March 28, 2008 | | |

| | | |
|---|---|---|
| **Beginning cash balance** | $ | 15,772,977 |
| **All receipts received by the debtor:** | | |
| Cash sales | | — |
| Collections of Accounts Receivable: | | |
|   Silicon Graphics, Inc. | | 54,793,044 |
|   Silicon Graphics Federal, Inc. | | 21,327,107 |
|   International receipts | | 9,973,839 |
|     Total collections of Accounts Receivable | | 86,093,991 |
| Proceeds from litigation (settlement or otherwise) | | — |
| Sale of debtor assets | | — |
| Capital infusion pursuant to Plan | | — |
| Proceeds from financing, net | | 46,175,000 |
|   Total cash received | | 132,268,991 |
| Total cash available | | 148,041,968 |
| **All disbursements made by the debtor:** | | |
| Disbursements made under the Plan, excluding the administrative claims of bankruptcy professionals | | |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals | | |
| All other disbursements made in the ordinary course: | | |
|   Silicon Graphics, Inc. | | 106,597,420 |
|   Silicon Graphics Federal, Inc. | | 12,633,678 |
| Total disbursements | | 119,231,097 |
| **Ending cash balance** | $ | 28,810,870 |

**Attachment No. 2 (continued)**
**SILICON GRAPHICS, INC., et al.**
CASE NO. 06-10977 (BRL) (Jointly Administered)
**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS BY DEBTOR**
**(Unaudited) (In dollars)**
**For the period from December 29, 2007 to March 28, 2008**

**TOTAL DISBURSEMENTS BY DEBTOR**

| Legal Entity | Case Number | Disbursements |
|---|---|---:|
| Silicon Graphics, Inc. | 06-10977 (BRL) | $ 106,597,420 |
| Silicon Graphics Federal, Inc. | 06-10978 (BRL) | 12,633,678 |
| Cray Research, LLC | 06-10979 (BRL) | — |
| Silicon Graphics Real Estate, Inc. | 06-10980 (BRL) | Closed |
| Silicon Graphics World Trade Corporation | 06-10981 (BRL) | — |
| Silicon Studio, Inc. | 06-10982 (BRL) | Closed |
| Cray Research America Latina Ltd. | 06-10983 (BRL) | Closed |
| Cray Research Eastern Europe Ltd. | 06-10984 (BRL) | Closed |
| Cray Research India Ltd. | 06-10985 (BRL) | Closed |
| Cray Research International, Inc. | 06-10986 (BRL) | Closed |
| Cray Financial Corporation | 06-10987 (BRL) | Closed |
| Cray Asia/Pacific, Inc. | 06-10988 (BRL) | Closed |
| ParaGraph International, Inc. | 06-10989 (BRL) | Closed |
| WTI Development, Inc. | 06-10990 (BRL) | Closed |
| Total disbursements | | $ 119,231,098 |